UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

GREGORY CELKO,

        Plaintiff,

v.

DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION,

        Defendant

CIVIL ACTION NO.: 04-40150-FDS

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly withdraw my appearance as counsel on behalf of the Defendant, in the above-entitled matter DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION.  Please be advised that Maynard Kirpalani and Christopher Flanagan and the firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP will remain counsel for the Defendant, DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION.

        Daewoo Heavy Industries America Corporation,
        By its attorneys,

        /s/ Carey Bertrand
        Maynard M. Kirpalani, BBO# 273940
        Christopher P. Flanagan, BBO# 567075
        Carey Bertrand, BBO#650496
        WILSON, ELSER, MOSKOWITZ,
          EDELMAN & DICKER LLP
        155 Federal Street
        Boston, MA 02110

Dated: September 3, 2004        (617) 422-5300

## CERTIFICATE OF SERVICE

    I, Carey Bertrand, hereby certify that I have this 3rd day of September 2004, served a copy of the foregoing upon counsel of record by mailing same postage prepaid.

        /s/ Carey Bertrand