UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY CELKO,<br>　　　　Plaintiff<br><br>v.<br><br>DAEWOO HEAVY INDUSTRIES<br>AMERICAN CORPORATION<br>AND NATIONSRENT, INC.,<br>　　　　Defendants | )<br>)<br>)<br>)　CIVIL ACTION NO.: 03-40029<br>)<br>)<br>)<br>)<br>)<br>) |
| GREGORY CELKO,<br>　　　　Plaintiff<br><br>v.<br><br>DAEWOO HEAVY INDUSTRIES<br>AMERICA CORP.,<br>　　　　Defendant | )<br>)<br>)<br>)　CIVIL ACTION NO.: 04-40150<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO CONSOLIDATE ACTIONS

Plaintiff Gregory Celko hereby moves, pursuant to Fed. R. Civ. P. 42, to consolidate the above actions which arise from the same accident and transactions. Principles of judicial economy encourage consolidation and will enable the parties to efficiently conduct full discovery and to resolve all claims together on the merits.

　　　　　　　　　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　GREGORY CELKO
　　　　　　　　　　　　　　　　　　　By his Attorneys

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kevin G. Kenneally, BBO No. 550950
　　　　　　　　　　　　　　　　　　　DONOVAN HATEM LLP
　　　　　　　　　　　　　　　　　　　Two Seaport Lane
　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　(617) 406-4500

Dated: 9/24/04
00860723.DOC