UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY CELKO,<br>        Plaintiff,<br><br>v.<br><br>DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION,<br>        Defendant | CIVIL ACTION NO.: 04-40150-FDS |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES

Now comes the defendant, Daewoo Heavy Industries America Corporation, in opposition to the plaintiff's motion to strike certain affirmative defenses. The defendant submits that the plaintiff's motion must be denied for the following reasons:

The defendant rejects the plaintiff's assertion that notice to the Attorney General is somehow a *condition precedent* to challenging or declaring that this statute is unconstitutional as it applies to the facts of this case. In fact, the statute relied upon by the plaintiff is silent as to the timing of the notification and declaration. See Mass. Gen. Laws c. 231A, § 8. Further, the notification and declaration issue is moot since the defendant has notified the Attorney General as required by statute and rule. See Exhibit 1, attached. Since notification has been made, as required by Mass. Gen. Laws c. 231A, § 8 and Fed. R. Civ. P. 24(c), the plaintiff's motion must be denied.

Moreover, the plaintiff's challenge to the asserted defense is premature as the plaintiff's claim under Mass. Gen. Laws Chapter 93A is not yet ripe. The plaintiff is seeking to strike affirmative defenses raised by the defendant to this claim, which has not yet been decided by this Court. While the plaintiff may want to preserve its right to contest the defendant's position at the

30521.1

appropriate time, a motion to strike is not the appropriate means, particularly at this early stage of the litigation. Accordingly, the plaintiff's motion must be denied.

WHEREFORE, the defendant, Daewoo Heavy Industries America Corporation, respectfully request that this Honorable Court deny the plaintiff's motion for the foregoing reasons.

                    Respectfully Submitted,
                    Daewoo Heavy Industries America Corporation,
                    By its attorneys,

                    /s/ Christopher P. Flanagan
                    Maynard M. Kirpalani, BBO# 273940
                    Christopher P. Flanagan, BBO# 567075
                    WILSON, ELSER, MOSKOWITZ,
                      EDELMAN & DICKER LLP
                    155 Federal Street
                    Boston, MA 02110
Dated: October 6, 2004        (617) 422-5300

## CERTIFICATE OF SERVICE

I, Christopher P. Flanagan, hereby certify that I have this 6th day of October 2004, served a copy of the foregoing upon counsel of record by mailing same postage prepaid.

                    /s/ Christopher P. Flanagan
                    Christopher P. Flanagan

30521.1