UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GREGORY CELKO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-40150-FDS |
| DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER ON MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES**

Plaintiff Celko has moved to strike three affirmative defenses asserted by defendant Daewoo Heavy Industries America Corporation that challenge the constitutionality of certain recovery under G.L. c. 93A, § 11 because Daewoo failed to notify the Attorney General of the Commonwealth prior to filing its answer. Although timely notice to the Attorney General is required, *see* G.L. c. 231A, § 8, Celko has not shown that it is a prerequisite to filing an answer such that noncompliance constitutes grounds to strike affirmative defenses. Further, Daewoo has submitted as an exhibit a letter it sent to the Attorney General notifying him of its intent to challenge the statute in question. Any deficiency that existed has therefore been cured, and Celko's motion is moot. Accordingly, plaintiff's motion to strike is hereby DENIED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: November 18, 2004