UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREGORY CELKO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAEWOO HEAVY INDUSTRIES )<br>AMERICA CORPORATION, )<br>)<br>Defendant. )<br> ) | Civil Action No.<br>03-40029-FDS |

### ORDER ON MOTION TO CONSOLIDATE

Plaintiff Celko has moved to consolidate this action with a related action, No. 04-40150, which is also pending in this Court. Rule 42(a) of the Federal Rules of Civil Procedure provides:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Fed. R. Civ. P. 42(a). Here, the two actions involve the same product, the same injury, and the same parties. The Court anticipates overlapping, if not identical, issues of law and fact. Consolidation of the two actions likely will prevent unnecessary cost and delay. Therefore, consolidation is appropriate, and, being unopposed, plaintiff's motion is GRANTED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: November 18, 2004