UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GREGORY CELKO,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO.: 03-40029-NMG |
| DAEWOO HEAVY INDUSTRIES<br>AMERICAN CORPORATION<br>AND NATIONSRENT, INC.,<br>    Defendants | )<br>)<br>)<br>) | |
| GREGORY CELKO,<br>    Plaintiff | | |
| v. | )<br>) | CIVIL ACTION NO.: 04-40150-CBS |
| DAEWOO HEAVY INDUSTRIES<br>AMERICA CORP.,<br>    Defendant | )<br>)<br>)<br>) | |

### AFFIDAVIT OF KEVIN G. KENNEALLY

I, Kevin G. Kenneally, hereby depose on oath and state as follows:

Attached is a true copy of the email exchange that occurred on December 14, 2004.

2. Also attached are email exchanges on the same topics from January 2005.

3. To date, DHIA has not "advised" plaintiff about the matters stated therein.

**SIGNED UNDER THE PENALTIES OF PERJURY.**

*Kevin G. Kenneally*
Kevin G. Kenneally

00896645.DO

## Kevin Kenneally

**From:** Flanagan, Christopher P. [FlanaganC@WEMED.com]
**Sent:** Tuesday, December 14, 2004 4:21 PM
**To:** Kevin Kenneally
**Subject:** RE: celko

I will check on this and advise.

-----Original Message-----
From: Kevin Kenneally [mailto:kkenneally@donovanhatem.com]
Sent: Tuesday, December 14, 2004 4:18 PM
To: FlanaganC@WEMED.com
Subject: Re: celko


I accept your position that you don't have a brochure specific to this nachine, but I need to know how buyers were madw aware of options available. I need sales literature and someone knowledgble about sales practices. Tx


------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Flanagan, Christopher P. <FlanaganC@WEMED.com>
To: Kevin Kenneally <kkenneally@donovanhatem.com>
CC: 'Tom Farrey' <farrey@burnsandfarrey.com>
Sent: Tue Dec 14 16:10:20 2004
Subject: RE: celko

Sorry, Kevin. In your last email, you said that you were checking into dates so I was waiting for you. At this point, I am available or will make myself available the week of January 10th, the week of January 24th or the week of January 31st. In my last contact with the witnesses, they were generally available during these weeks as well. Let me know and I will re-confirm after Tom lets us know his availability.

I know I need to get you a confidentiality agreement so I can produce the unredacted sales documentation. I've been buried so it hasn't been done. I will work on it after my trial finishes. I will double check, but you now have everything that DHIA has concerning this machine. If there are any issues, I would prefer to deal with them before traveling to Atlanta. Again, not to be redundant, but we can't produce documents that the client doesn't have.

As I stated previously, we wanted to depose Celko before we mediate. I'm still waiting on you for some proposed mediators as well.



-----Original Message-----
From: Kevin Kenneally [mailto:kkenneally@donovanhatem.com]
Sent: Tuesday, December 14, 2004 3:56 PM
To: FlanaganC@WEMED.com
Subject: Re: celko

Ex. A

2/16/2005

I think I'm waiting for dates from you re dhia. Also, I need the unredacted sales documentation, and the dsales literature and descriptions of load safety option as presented to buyer, including Carlson. Please let me know. Perhaps this can be settled with Judge Swartwood's involvement this month, if you request authority. Thanks, Kevin

------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Flanagan, Christopher P. <FlanaganC@WEMED.com>
To: Kevin Kenneally <kkenneally@donovanhatem.com>
CC: 'Tom Farrey' <tfarrey@burnsandfarrey.com>
Sent: Tue Dec 14 15:44:30 2004
Subject: RE: celko

Kevin-

I know we talked about tentatively having your client's deposition on December 16th (see email below), but it was never confirmed and I don't believe that Tom Farrey was ever notified. I am uncertain whether you intended to produce your client on that date, but in any event, I am now unavailable. I am still on trial in Suffolk and do not expect to complete testimony until Thursday afternoon and possibly Friday.

I believe that I am waiting on you for dates for DHIA depositions. Correct me if I'm wrong.

-Chris

-----Original Message-----
From: Flanagan, Christopher P.
Sent: Friday, November 26, 2004 10:52 AM
To: 'Kevin Kenneally'
Cc: Tom Farrey
Subject: RE: celko


Kevin-

I'm still waiting on dates for the DHIA depositions and I'm also waiting to see if my schedule breaks so that we have additional options for these depositions. I am leaving the office and will be out through December 1st. I hope to have something to report to you then.

Otherwise, I know we talked about having Celko's deposition on December 16th. Is that confirmed or are we still tentative for that date? As discussed, I expect to start a trial on the 13th, but should be done by the 16th. There is a possibility that we may not begin until the 20th. I will keep you advised in this regard.

Finally, although we have not yet selected a mediator, I am available on the following dates for mediation: December 28th and 30th, and I have nothing in January that cannot be moved at this point, although I am expecting a motion for speedy trial to be filed in a case. It is unclear at this point when the trial would be held. Plaintiff's counsel is looking to begin in either January or February as his client is very ill. I will keep you advised on this as well. In the meantime, kindly advise as to your thoughts regarding mediators.


-Chris

   ---Original Message-----

From: Kevin Kenneally [mailto:kkenneally@donovanhatem.com]
Sent: Thursday, November 18, 2004 11:23 AM
To: Flanagan, Christopher P.; Tom Farrey
Subject: celko

Chris: As we discussed, Daewoo consents to transferring this case to the Magistrate Judge. Please execute the consent form and send it to me. Tom, do you also consent?

We still need to get the discovery taken in order to protect my client's rights. Chris, please let us know when your schedule will permit the mediation, deps, etc. Thank you. Kevin

WEMED LLP - CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP (WEMED), please see our website at www.wemed.com or refer to any WEMED office. Thank you.




WEMED LLP - CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP (WEMED), please see our website at www.wemed.com or refer to any WEMED office. Thank you.




WEMED LLP - CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP (WEMED), please see our website at www.wemed.com or refer to any WEMED office. Thank you.

# Kevin Kenneally

| | |
|---|---|
| **From:** | Flanagan, Christopher P. [FlanaganC@WEMED.com] |
| **Sent:** | Friday, January 07, 2005 9:58 AM |
| **To:** | Kevin Kenneally |
| **Cc:** | Stephen Brown; Tom Farrey |
| **Subject:** | RE: Celko v. Daewoo v. NationsRent |

Kevin-

If the witnesses are available, will clear my schedule for those dates. have inquired and will advise asap.

-Chris

>-----Original Message-----
> **From:** Kevin Kenneally [mailto:kkenneally@donovanhatem.com]
> **Sent:** Friday, January 07, 2005 9:51 AM
> **To:** Flanagan, Christopher P.; Tom Farrey
> **Cc:** Stephen Brown
> **Subject:** RE: Celko v. Daewoo v. NationsRent
>
> Chris, I propose taking the DHIA depositions on February 15 and 16, with a follow up date to be determined after I inquire about record keeping and the identities of people knowledgable about topics designated. Can you please confirm these dates asap. Thanks.
>
>
>>-----Original Message-----
>> **From:** Flanagan, Christopher P. [mailto:FlanaganC@WEMED.com]
>> **Sent:** Thursday, January 06, 2005 5:26 PM
>> **To:** Kevin Kenneally; 'Tom Farrey'
>> **Cc:** 'Stephen Brown'
>> **Subject:** Celko v. Daewoo v. NationsRent
>>
>> Kevin and Tom-
>>
>> I write to follow up my email of December 22, 2004 regarding the proposed confidentiality stipulation and order. I made a few slight changes to the document that I previously sent. Attached is the new version for your review and comment. Kindly advise at your earliest convenience.
>>
>> <<CELKOCONFIDENTIALITY ORDER_v1.DOC>>
>>
>> Kevin, we are still interested in mediating this case, but would like to first have Mr. Celko's deposition. Kindly advise of available dates for his deposition and proposed mediators at your convenience. I will also need your client's responses to requests for production of documents prior to his deposition if they have not already been sent.
>>
>> Thank you.
>>
>> -Chris
>>
>> Christopher P. Flanagan
>> Wilson, Elser, Moskowitz, Edelman & Dicker, LLP

Ex. B

2/16/2005

155 Federal Street
Boston, MA 02110
Telephone: (617) 422-5300 x 5406
Facsimile: (617) 423-6917
Mobile: (617) 930-7584
Email: FlanaganC@wemed.com

WEMED LLP - CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP (WEMED), please see our website at www.wemed.com or refer to any WEMED office. Thank you.

WEMED LLP - CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP (WEMED), please see our website at www.wemed.com or refer to any WEMED office. Thank you.