UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY CELKO,<br>    Plaintiff | )<br>)<br>) |
| v. | )     CIVIL ACTION NO.: 03-40029 |
| DAEWOO HEAVY INDUSTRIES<br>AMERICAN CORPORATION<br>AND NATIONSRENT, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>) |
| GREGORY CELKO,<br>    Plaintiff | )<br>) |
| v. | )     CIVIL ACTION NO.: 04-40150-CBS |
| DAEWOO HEAVY INDUSTRIES<br>AMERICA CORP.,<br>    Defendant | )<br>)<br>)<br>) |

**MOTION BY PLAINTIFF TO COMPEL
DEFENDANT TO DISCLOSE CORPORATE OWNERSHIP
AND TO PROVIDE IDENTITY OF CORRECT ENTITIES
(Certificate of Compliance with L.R. 7.1(A)(2))**

Plaintiff Gregory Celko hereby moves for an Order compelling Defendant (formerly, Daewoo) forthwith to identify the current correct entity and to file required Disclosure Statements that identify the parent corporations and any other entity that owns 10% or more of its stock. See Fed. R. Civ. P. 7.1(a); L.R. 7.3(A). Defendant failed to comply with its corporate disclosure and supplementation obligations[1], as set out in the civil rules and the local rules governing this matter:

---

[1] Disclosure Statement:
    (a) Who must file: Nongovernmental Corporate Party. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation. Fed. R. Civ. P. 7.1(a).

"A party must:

(2) promptly file a supplemental statement upon any change in the information that the statement requires."

Fed. R. Civ. P. 7.1(b)(2).

It recently came to Plaintiff's attention that Daewoo has been purchased by a different industrial conglomerate, known as Doosan Infracore or Doosan Heavy Industries & Machinery Ltd. Ex. A, B. The name of the North American Branch of the former Daewoo apparently has been changed, but Daewoo lawyers have refused to provide requested corporate transaction information. See, attached Exhibits C, D, E

Defendant was required to inform this Court "upon any change" in corporate status or ownership. Fed. R. Civ. P. 7.1(b)(2). The corporate transactions at issue were completed at least by June 2005 when the attached internal company newsletter was published. Exhibit B. This Court's rules required that Defendant "promptly supplement" its statement, which it failed to do L.R. 7.3(B). Defendant has refused to respond to requests in the attached emails

Plaintiff requires full and complete signed corporate disclosure by the former Daewoo so that he can immediately amend the Complaint to name the correct party defendant, in advance of the October trial, and to rebut at trial the oft-repeated mantra (interposed to frustrate legitimate discovery) that the Korean parent company was wholly separate and unrelated to the "branch" office in the United States. But, see, Ex. F (CEO states that "DHIAC is the North American branch of Daewoo Heavy Industries & Machinery Ltd."). Moreover, this Court's intervention is essential to prevent Defendant from committing a fraud on the Court and permitting a noncollectible judgment to enter against a non-existent entity

## CERTIFICATE OF COMPLIANCE

I hereby certify that Plaintiff has complied with L.R. 7.1(A)(2) and has attempted in good faith to avoid the necessity of this motion, without success. <u>See</u>, Exhibits C, D and E attached.

                                          Plaintiff,
                                          GREGORY CELKO
                                          By his Attorneys,

                                          Kevin G. Kenneally, Esq.
                                          BBO No. 550050
                                          DONOVAN HATEM LLP
                                          Two Seaport Lane
                                          Boston, MA 02210
                                          (617) 406-4500

Dated: August _17_, 2005
00938943.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED ON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 8/17/05




Home    Family Sites



Home    Company    CEO    Products    Find a Doosan Daewoo Dealer    Financin

Online Parts Books
Authorized Dealer Services (Dealers Only)

## PRESSROOM

As of April 29, 2005 Doosan Heavy Industries & Machinery Ltd. formally completed its purchase of the controlling interest of Daewoo Heavy Industries & Machinery Ltd. in Seoul, Korea. With the completion of this sale Daewoo Heavy Industries America Corp. has changed its name to Doosan Infracore America Corporation. Please note this is a corporate name change ONLY. We will continue to manufacture, market, and sell the same high quality DAEWOO products under the DAEWOO name.

We believe this change in ownership is a positive move for our company that will allow us to continue to provide quality products and give us the opportunity for tremendous growth. Doosan was started 109 years ago as Korea's first modern business entity. Today, the Doosan group has over 20 affiliates, 20,000 employees and in 2004 achieved Sales of approximately $11 billion USD. The Doosan Group is the ninth largest business conglomerate in Korea. We are extremely excited about this new opportunity.

We appreciate your interest in the DAEWOO product. We remain dedicated to providing you with the best quality products and services. We will continue to strive to strengthen and advance our partnerships with you in many years ahead.

Doosan Infracore America Showcases New Training Facility



Infra
Ame

## DAEWO

Announcem
Doosan Infra

### CEO



Hello ar
the Doo
America
site. Do
America
North A
subsidiary of Doosan Infrac
Ltd. and is responsible for p
machine and parts sales...((



http://www.dhiac.com/index.asp    Ex. A    7/25/2005



# Doosan Infracore
June 2005 vol. 59

Daewoo Heavy Starts Out Anew as Doosan Infracore
Choe Sung-chul Named New President
Next-generation Forklifts Launched
Special Feature--Doosan Infracore Officially Launched





Resail

Dandelion spores spreading worldwide on the winds is an image that suggests the new direction in which Doosan Infracore is headed – to be a leader in the global ISB market.



## Daewoo Heavy Industries has made a fresh start as Doosan Infracore.

Our new identity reflects a resolve to carve out an even greater position and emerge as the global leader befitting the Doosan name.

### Overseas Subsidiary Names

[The basic rule]
Doosan Infracore + Nation (or Region) + Co., Ltd., etc.

| Country | Full Name | Abbreviation |
|---|---|---|
| Belgium | Doosan Infracore Europe S.A. | DIEU |
| China | Doosan Infracore China Co., Ltd. | DICC |
| | Dalian (Tianjin) Mechanical Construction Co., Ltd. | DMC |
| | Doosan Infracore Xinjiang Machinery Co., Ltd. | DIX |
| | Doosan Infracore Machine Tools Yantai Co., Ltd. | DIY |
| | Doosan Infracore Liaoning Machinery Co., Ltd. | DIL |
| Germany | Doosan Infracore Germany GmbH | DIG |
| US | Doosan Infracore America Corporation | DIA |
| South Africa | Doosan Infracore South Africa Pty Ltd. | DIS |
| Japan | Doosan Infracore Japan Corporation | DIJ |
| UK | Doosan Infracore U.K. Ltd. | DIU |

Ex. B

# Doosan Infracore    NEWS



## Daewoo Heavy Starts Out Anew as Doosan Infracore

- Payment for equity acquisition has been delivered; the company name was changed and directors were approved during extraordinary general shareholders' meeting.
- Doosan Mechatec President Choe Sung-Chul is named new president; other top executives are selected.
- Doosan Heavy Industries and Doosan Infracore will jointly go after the infrastructure support market, estimated at US$8.7 trillion a year.

Daewoo Heavy Industries (DHI) held an extraordinary general shareholders' meeting at the Korea Chamber of Commerce and Industry on April 29th. Here, the company name was officially changed to Doosan Infracore Co., Ltd. and twelve directors were appointed (two of whom were from the old company). At the April 29 meeting, six people were named as inside directors, including Doosan Heavy Industries Chairman Park Yong-sung. Six outside directors were also named, including attorney Ahn Kang-min.

After the general shareholders' meeting, the Board of Directors convened to name the top officers of Doosan Infracore: Doosan Heavy Industries Chairman Park Yong-sung as Chairman, Doosan Corp. Vice Chairman Park Yong-man as Vice Chairman and Doosan Mechatec President Choe Sung-chul as President & CEO.

Doosan Infracore is determined to become a major driver of the infrastructure support business (ISB: facilities and equipment needed for establishing and operating industrial infrastructure), estimated to be worth US$8.7 trillion a year. In cooperation with Doosan Heavy Industries. To this end, R&D and new facilities investments will be increased; the BRICs markets will be penetrated quickly, and links will be made with Doosan Heavy Industries to boost corporate stature overseas. Meanwhile, before- and after-sales service support for existing business lines will be strengthened, and new markets will be developed.

## Choe Sung-chul Named New President
### New President aims to have the company join the global top 5 by 2015.



An inauguration ceremony was held for newly appointed President & CEO Choe Sung-chul at the Incheon Plant on May 2. President Choe is the former president of Doosan Mechatec and has devoted himself to the machinery business for 28 years.

His experience and capabilities are widely recognized within the industry, making him the logical choice to lead Doosan Infracore from its inception.

In his inaugural address, President Choe stated, "We aim to grow Doosan Infracore into one of the top five players in the global infrastructure support business by 2015.

This will be achieved by bolstering our product competitiveness and marketing capabilities. We will maximize our growth potential and make human resources development a top priority to ensure sustainable operations and long-term competitiveness. At the same time, we will work hard to build trust between labor and management, providing the basis for job security and a mutually supporting relationship."

President Choe started out his new duties by touring the Incheon Plant, Seoul Office, Ansan A/S & Parts Center and Changwon Plants 1 and 2. The review of operations provides him with a better understanding of current status and will assist in the establishment of action plans.

## Doosan Infracore America Showcases New Training Facility



Doosan Infracore America hosted a Product Support Seminar at its new North American Headquarters April 21-22. People from 30 distributorships across North America were at the grand opening for the 10,000ft² facility.

Doosan Infracore America invested more than US$500,000 to build a state-of-the-art training center for distributor sales, service and support personnel. The instruction room handles up to 30 students and provides wireless internet access.

Doosan Infracore America instructors use customized software to instruct attendees on excavator and wheel loader diagnostic interfaces. Trainees also utilize partially disassembled excavator (S225LCV) and wheel loader (M300-V) models revealing all of the major components. Hydraulic and electrical equipment is mounted on the machines, which offer the best hands-on training aids available.

Awards were handed out at a dinner prior to the training event. The recipients were JW Burress, Inc (Best Service Training Participation), Gorham Tractor & Equipment (Best Web Site Performance), RTL Equipment, Inc. (Best Dealer Feedback), Hoffman Equipment, Inc. (Going The Extra Mile) and Mark Gravel Box (1993), Inc. (Best Stock to Emergency Ratio).

## Irish Dealer Holds Open House




Castle Mechanical Handling has been the national dealer for Doosan Infracore for many years, and its growth required the company to relocate to larger facilities to provide the best services to the Irish forklift market.

Therefore, customers and prospective customers were invited to meet the CMH team and tour the new company premises during an Open House on April 7th. The Irish Minister of Transportation also attended the event.



Doosan Infracore France organized a meeting for French construction equipment dealers in Marrakesh, Morocco April 7-9.

Twenty-seven people from some 20 dealerships took part in the event, which included displays of new models and briefings on the new beginning for Doosan Infracore as well as its plans for the future.

The participants discussed pending issues and declared their resolve to sell a total of 500 units during 2005.

### Training for [...]



The Forklift Division at Doosan Infracore UK held a training session on a new electric model (B18T/X AC/SE) April 4-5, with 13 service managers from 11 dealers in attendance.

The training is expected to help sales after the B18T/X AC/SE goes on the market in June.

## Doosan Infracore in the News Spotlight

**D**oosan Infracore is going after the Middle Eastern and Eastern European markets, building a forklift production base in Turkey, among other things.

– April 2: *Mail Business Newspaper* (page A9), *Korea Economic Daily* (page A11), *Seoul Economic Daily* (page 7), *Yonhap News*, *Korea Herald* (page 14), *The Herald Business* (page 5) and *Korea Times Daily* (page 16)

**D**oosan Infracore participates in CIMT 2005, winning US$55 million in machine tool orders. The company displayed high-tech machine tools and has taken aim at the world's largest market: China.

– April 18: *Korea Times Business* (page A19), *Mail Business Newspaper* (page A19), *Yonhap News*, *Korea Herald* (page 15)

**L**ocal sales volume soars at Doosan Infracore's Excavator production subsidiary in China.

– April 19: *Mail Business Newspaper* (page 9)

**I**nauguration ceremony held for Doosan Infracore President Choe Sung-chul at the Incheon Plant. The new president declares "We will pursue a growth strategy based on stronger product competitiveness and global marketing to make this company one of the world's top five in the infrastructure support business by 2015."

– May 3: *Jail Economic Daily* (page 7), *Seoul Economic Daily* (page 14), *Yonhap News*, *Kyunghyang Sinmun* (page 17), *Segye Times* (page 16)

## Next-generation Forklifts Launched
Eight new electric models are now available.
Maintenance costs are lowered while energy efficiency is raised.



Launching Ceremony of Next Generation Models
차세대 전동지게차 신제품 출시회

Doosan Infracore has introduced its Pro5 series, the first in an ongoing project to develop next-generation electric forklift trucks designed to lower maintenance cost while raising operational efficiency. The Pro5 series includes eight models ranging from 1.5 to 2 tons. Active Control Technology (ACT) systems have been adopted to greatly enhance performance, economy, safety and operator convenience.

The 3-phase AC motor, a hot new technology, does not require the regular inspections and tune-ups that DC motors do, which means tremendous savings in maintenance costs. The motors also consume less energy, extending the time per battery charge by about 15%.

The company has benchmarked new models throughout the industry and surveyed a broad range of users to ascertain their needs. The results of these studies are reflected in the design of the new forklifts. Tests in advance of the launching were also conducted in the US and Europe, the largest markets for electric forklifts as well as in Korea, confirming the outstanding durability, stability and economy of the Pro5 series.

The company held a pre-launch event at the Incheon Plant April 26-27. Over 300 people took part, including some 200 representatives from dealers and clients in 50 countries. The event helped to elevate brand image and boost sales.



## "The Pro5 Series Has the World's Attention!"

**Michael J. Lavelle, Vice President-Sales/Marketing, DIA**
"The North American dealers have been solid partners for over ten years. We welcome the official launch of Doosan Infracore as well as the next-generation forklifts, and we will do our part to make this new company world class."

**Norm McLeod, President of Williams Machinery, Canada**
"The Pro5 Series embodies the spirit pursued by Doosan—Strong, Safe, Stable, Smart and Stylish. We'd like to see these products in the market as soon as possible because they are sure to please the customers."

**Frank Ng, President of Vita-Wheel Holdings Ltd., Hong Kong**
"The new product launch was an opportunity for us to learn exactly the Doosan Infracore business strategies and new product development direction. We could feel that the efforts by Doosan Infracore to reach the global top five will not be in vain."



▶ Special Feature

# Doosan Infracore Officially Launched
— Company seeks to be a major player in global ISB market.

## Introduction of the Doosan Group



Doosan is the oldest corporation in Korea and also one of the most dynamic and creative. One hundred and nine years of innovation and adaptability to the fast changing global business environment has allowed us to maintain leadership in our markets. Doosan's historical strengths will propel us forward as leaders in the global marketplace.

Building on fifty years of leadership in the Korean consumer goods industry and through a series of acquisitions (i.e., Korean Heavy Industry, Koryo Industry Development, Daewoo Heavy Industries), we have established a strong future growth platform in the infrastructure support business.

With a strengthened infrastructure support business portfolio, 80% of Doosan's revenue comes from the ISB, which is growing 22% annually. With offices in 39 countries, revenue of over US$11 billion, and 20,000 employees, Doosan is ranked 9th among Korean business groups. The addition of Doosan Infracore will accelerate the Doosan Group to be a true global leader.

Doosan is targeting to grow at least 30% annually and will obtain over two-thirds of its revenue from overseas. Doosan will stay focused on globalization, top quality products & services, and continuous innovation to become a true global company. To remain competitive and create value, we will continue to restructure our businesses, to develop our people, and to meet the challenges of becoming a global leading company.

### Business Areas of the Doosan Group

Doosan's businesses lie in three main areas: technology, consumer goods and services. From the ISB that builds the foundations of society to consumers goods that we find at homes, Doosan's businesses create synergies that support the economy of each nation.





**Doosan Heavy Industries** — World class power generation and desalination plants
**Doosan Infracore** — Construction equipment, commercial vehicles, engines, machine tools and defense articles
**Doosan Industrial Development** — Housing, civil engineering and construction
**Doosan Engine** — Marine engines
**Doosan Corporation** — Bio-tech, process chemistry, electro-materials
**Doosan Mecatec** — Chemical process equipment, machine tools, FA plants, steel bridges
**Doosan DND** — Organic EL panels, semiconductor equipment, steel bridges

**Oricom** — Advertising agency
**Doosan Bears** — Professional baseball team
**Neoplux Co., Ltd.** — Venture capital and corporate consulting
**Doosan Motors**
**Doosan Corporation** — Foods, beverages, publishing and trading
**Doosan Tower** — Fashion shopping mall

*Technology Businesses · Service Businesses · Consumer Goods Businesses*

► Special Feature

# Doosan Infracore Officially Launched

## A New Beginning

### Meaning of the Company Name

"Doosan Infracore" suggests this company will be at the heart of the future infrastructure business.
This goal is in line the business strategy of the Doosan Group, which is focusing on developing the infrastructure support business (ISB).

### Vision

#### Global Leader in ISB

With a new home in the Doosan Group, Doosan Infracore is well positioned for a great future. Leveraging and building on current achievements, the vision for Doosan Infracore is to become one of the top five global ISB leaders. We envision our revenues increasing from the current US$3 billion to US$50 billion and to expand our reach from an equipment provider to a total ISB solution provider by 2015.

To achieve this goal, we will first leverage existing Daewoo Heavy Industries' strengths and continue our commitment to R&D to apply the latest technologies and improve product quality. Second, we will focus on downstream expansions to create more after-sales services and financing opportunities. And third, we will pursue the most competitive product lines to provide higher value-for-money to our customers.

#### Vision for 2015 in the Infrastructure Support Business

| | Current | 2015 |
|---|---|---|
| Revenue | US$3B | US$50B |
| Operating Income | US$0.3B | US$5B |
| Global Position | Asia Top 3 | Global Top 5 |
| Offerings | Equipment Provider | Total ISB solution provider |

### Process

- Doosan consortium selected as preferred bidder (October 27, 2004)
  - Contract signed to hand over equity shares (January 12, 2005)
  - Balance paid, contract completed, and Doosan Infracore launched (April 29, 2005)



## Details of Changes

### CI



### Doosan Infracore Co., Ltd.

The Doosan Infracore signature is in a tri-color rectangular block. The black-and-white "Doosan" logotype as well as the name "Infracore" are included.

Use of the logotypes in English for subsidiary names is limited to non-signature applications such as special administrative documents and signage. Colors for the subsidiary name logotypes, which are not regarded as the signature, can be decided according to colors being used in a particular application.

### Changes in Product Brand Names

The Daewoo brand has become well known the world over. Now, the name has been changed to "Doosan Daewoo." The new company wants to minimize confusion in the marketplace and to switch over to the Doosan brand in a natural progression.
Therefore, a co-branding approach will first be adopted, and once trust in the Doosan name has been built up, sole use of the Doosan name will be introduced in stages.

### Way to Proceed

Excavators, Forklifts and Machine Tools  >  Doosan Daewoo

Engines  >  Doosan



DAEWOO Brand → Today Co-branding Strategy → Single Brand



**Kevin Kenneally**

| | |
|---|---|
| **From:** | Kevin Kenneally |
| **Sent:** | Tuesday, August 16, 2005 4:42 PM |
| **To:** | 'Bai, Michael' |
| **Cc:** | Farrey, Tom; Stephen Brown; Flanagan, Christopher P. |
| **Subject:** | RE: Celko v. DHIA |

Sirs:
Mr. Carroll requires prepayment for his time, preparation time and any copies you require him to produce at his deposition. This must be paid before he will be able to commit to the date, although I'm sure he'll endeavor to hold the date.

We also need the corporate disclosure filed asap socwe can amend the complaint before the scheduled trial date. Kindly confirm the date by which that will be filed.

Regards.

---

**From:** Bai, Michael [mailto:BaiM@WEMED.COM]
**Sent:** Tuesday, August 16, 2005 4:03 PM
**To:** Kevin Kenneally
**Cc:** Farrey, Tom; Stephen Brown; Flanagan, Christopher P.
**Subject:** RE: Celko v. DHIA

Based upon the dates provided, we will schedule Mr. Carroll's deposition for September 30. We will issue an amended deposition notice shortly.

---

**From:** Kevin Kenneally [mailto:kkenneally@donovanhatem.com]
**Sent:** Tuesday, August 16, 2005 11:26 AM
**To:** Bai, Michael
**Cc:** Farrey, Tom; Stephen Brown; Flanagan, Christopher P.
**Subject:** RE: Celko v. DHIA

oh... Fed. R. Civ. P. 16(f) and local D. Mass. decision sanctioning parties for taking liberties with Scheduling Orders.... Kindly accept this as an attempt to resolve a discovery dispute pursuant to L.R. 37.1.

---

**From:** Bai, Michael [mailto:BaiM@WEMED.COM]
**Sent:** Tuesday, August 16, 2005 7:54 AM
**To:** Kevin Kenneally
**Cc:** Farrey, Tom; Stephen Brown; Flanagan, Christopher P.
**Subject:** RE: Celko v. DHIA

Thank you for at least acknowledging the fact that your expert was scheduled within the proper deadline. Regardless of your availability, DHIA timely noticed Mr. Carroll's deposition. In order to accommodate you, we have tried to reschedule Mr. Carroll's deposition on many occasions cooperatively through Mr. Flanagan. Apparently, a response was never forthcoming. While it may be plaintiff's position that we may no longer depose Mr Carroll, we would disagree since you failed to produce Mr. Carroll in a timely manner.



8/17/2005

# Kevin Kenneally

| | |
|---|---|
| **From:** | Kevin Kenneally |
| **Sent:** | Tuesday, August 16, 2005 12:08 PM |
| **To:** | 'Bai, Michael'; Flanagan, Christopher P |
| **Cc:** | Farrey, Tom; Stephen Brown |
| **Subject:** | RE: Celko v. DHIA |

Sirs

In light of the recent corporate transaction involving the name change of Daewoo and the ownership by Doosan and your silence after my previous request, I hereby formally request that Daewoo comply with L.R. 7.3 and Fed R Civ P 7.1 and immediately provide signed and filed corporate disclosure statements identifying the name change and identifying any parent company or any corporation that owns more than 10% of the defendant entity formally known as Daewoo.

Kindly accept this communication as an LR 7. (A)(2) communication

Regards

Kevin Kenneally



Ex. D

8/17/2005

**Kevin Kenneally**

| | |
|---|---|
| From: | Kevin Kenneally |
| Sent: | Monday, July 25, 2005 1:07 PM |
| To: | 'baim@wemed.com' |
| Cc: | 'Farrey, Tom' |
| Subject: | FW: celko |

-----Original Message-----
**From:** Kevin Kenneally
**Sent:** Monday, July 25, 2005 1:01 PM
**To:** Flanagan, Christopher P.
**Cc:** 'Farrey, Tom'
**Subject:** celko

Dear Chris:

Thanks so much for your purported LR 37.1 communication dated july 21

As to the wage documents, we have produced everything in our custody and at your request Mr. Celko is trying to locate any additional documents. When and if he does we will produce them at once. The IRS has forms that corporations use to obtain such records and curiously you never sent one for Mr. Celko's signature during the initial discovery period assigned by Judge Gorton or during the extended period granted by Judge Swartwood.

As to medical records, we too have been trying to locate all the records from over the past five tears, with mixed success. We have sent everything to you and we have followed up with providers. For whatever reason, Daewoo did not subpoena any documents from any hospital of treating doctor, although it was clear early on that you were not satisfied with the completeness of the items that we were getting from the record keepers (neither were we).

Perhaps if you are unsatisfied with the state of the record you could use Rule 45 or otherwise conduct some of the discovery that you neglected to do over the last five years since you learned that the accident occuredd and that Mr. Celko was injured. I of course will help you summons any such records but you need to conduct motion practice due to the fact that you let two (2) discovery periods to elapse without any such undertaking.

To the extent you are posturing in your letter, we reject your letter for you could have and should engaged in discovery instead of trumping up a fraudulent "spoliation" defense. You repeatedly indicated that you would make an initial offer to our ch 93A letter after the deposition. None has been made, a further example of unfair practices. To the extent you are trying to build a defense to Ch 93A based upon YOUR own complete failure to litigate the claim, we reject that also which may be a further willful and knowing violation.

Separately, you are obliged to formally inform the court about the name change of Daewoo to your new chaebol, Doosan, so that we can obtain judgment and execution agains the correctly named entity. Kindly file appropriate papers identifying the right company so that the case can be correctly captioned and the appropriate perties are in court for trial.

Best regards,

Kevin Kenneally

Ex. E

8/17/2005





### CEO

Hello and welcome to the DHIAC web site.



DHIAC is the North American branch of Daewoo Heavy Machinery Ltd. and is responsible for providing machin[ery] sales as well as superior product support in competitio[n with] well-known manufacturers.

I would like to express my sincere appreciation to our c[ustomers who] have shown interest and loyal patronage in the past ye[ars.] DHIAC always strive to provide our customers with cus[tomer] satisfaction oriented service and support.

I hope your visit to our homepage will be a beneficial a[nd pleasant] experience.

.J. (Justin) Kim

President & CEO



Home | Sitemap | Contact us
Copyright © 2003 DAEWOO Heavy Industries & Machinery ,LTD. All right Reserved



6/14/2004

