UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY CELKO,<br>        Plaintiff,<br><br>v.<br><br>DAEWOO HEAVY INDUSTRIES AMERICAN CORPORATION and NATIONS RENT, INC.<br>        Defendants | CIVIL ACTION NO. 03-40029-CBS |
| GREGORY CELKO,<br>        Plaintiff,<br><br>v.<br><br>DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION,<br>        Defendant | CIVIL ACTION NO.: 04-40150-CBS |

**AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION, PURSUANT TO L.R. 7.3(A)**

The defendant, Daewoo Heavy Industries America Corporation (now known as "Doosan Infracore America Corp."), by and through its counsel, identifies Doosan Infracore Co., Ltd. as its sole shareholder. The defendant further states that neither Doosan Infracore America Corp. nor Doosan Infracore Co., Ltd. is publicly traded in the United States.

        Respectfully Submitted,
        Doosan Infracore America Corp.,
        By its attorneys,

          /s/  Christopher P. Flanagan
        Maynard M. Kirpalani, BBO# 273940
        Christopher P. Flanagan, BBO# 567075
        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
        155 Federal Street
        Boston, MA 02110
Dated: August 19, 2005        (617) 422-5300

42442.1