UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY CELKO,        )
      Plaintiff        )
                )
v.        )
                
DOOSAN INFRACORE        )
AMERICA CORPORATION, a        )        CIVIL ACTION NO.: 03-40029-CBS
subsidiary of Doosan Infracore Co.,        )
Ltd. (Korea), formerly known as        )
DAEWOO HEAVY INDUSTRIES        )
AMERICA CORPORATION, a        )
Subsidiary of Daewoo Heavy        )
Industries & Machinery Ltd. (Korea),)
      Defendant        )
                )

                )
GREGORY CELKO,        )
      Plaintiff        )
                )
v.        )
                )
DOOSAN INFRACORE        )
AMERICA CORPORATION, a        )        CIVIL ACTION NO.: 04-40150-CBS
subsidiary of Doosan Infracore Co.,        )
Ltd. (Korea), formerly known as        )
DAEWOO HEAVY INDUSTRIES        )
AMERICA CORPORATION, a        )
Subsidiary of Daewoo Heavy        )
Industries & Machinery Ltd. (Korea),)
      Defendant        )

## SUPPLEMENT TO MOTION TO AMEND COMPLAINTS

Plaintiff Gregory Celko hereby supplements his Motion to Amend to correct the caption, the

motion to amend and the complaints which inadvertently misnamed the new successor corporate

entity. Each filing should be deemed to substitute "Doosan Infracore America Corporation"

wherever the pleadings or papers named Doosan Heavy Industries America Corporation as the new

party.

Plaintiff hereby files a substitute first page for each filing.  Plaintiff regrets the clerical

oversight.

Plaintiff,
GREGORY **CELKO**
By his Attorneys,

Kevin G. Kenneally, BBO No. 550050
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA  02210
(617) 406-4500

Dated: **8/25/05**
00940930.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE
DOCUMENT WAS SERVED UPON THE ATTORNEY OF
RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 8/25/05

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY CELKO,<br>       Plaintiff<br><br>v.<br><br>DOOSAN INFRACORE<br>AMERICA CORPORATION, a<br>subsidiary of Doosan Infracore Co.,<br>Ltd. (Korea), formerly known as<br>DAEWOO HEAVY INDUSTRIES<br>AMERICA CORPORATION, a<br>Subsidiary of Daewoo Heavy<br>Industries & Machinery Ltd. (Korea),<br>       Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 03-40029-CBS |
| GREGORY CELKO,<br>       Plaintiff<br><br>v.<br><br>DOOSAN INFRACORE<br>AMERICA CORPORATION, a<br>subsidiary of Doosan Infracore Co.,<br>Ltd. (Korea), formerly known as<br>DAEWOO HEAVY INDUSTRIES<br>AMERICA CORPORATION, a<br>Subsidiary of Daewoo Heavy<br>Industries & Machinery Ltd. (Korea),<br>       Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 04-40150-CBS |

**PLAINTIFF'S MOTION TO
AMEND COMPLAINTS
(CERTIFICATE OF COMPLIANCE)**

Plaintiff Gregory Celko hereby moves to amend the complaints in the above-captioned

consolidated actions. The proposed amended pleadings, filed herewith, seek to correctly identify as

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GREGORY CELKO,<br>        Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOOSAN INFRACURE | ) | |
| AMERICA CORPORATION, a | ) | |
| subsidiary of Doosan Infracore Co., | ) | CIVIL ACTION NO.: 03-40029-CBS |
| Ltd. (Korea), formerly known as | ) | |
| DAEWOO HEAVY INDUSTRIES | ) | |
| AMERICA CORPORATION, a | ) | |
| Subsidiary of Daewoo Heavy | ) | |
| Industries & Machinery Ltd. (Korea),) | | |
|         Defendant | ) | |

## AMENDED COMPLAINT AND JURY CLAIM

### Factual Background

The Plaintiff, Gregory Celko, is a resident of the Town of Webster, County of Worcester, Commonwealth of Massachusetts.

2.    Defendant Doosan Heavy Industries America Corporation, a subsidiary of Doosan Infracore Co. Ltd. (Korea) is a duly organized corporate person. Until a corporate name change in 2005, the defendant was known as Daewoo Heavy Industries America Corp., and was a subsidiary of Daewoo Heavy Industries & Machinery Ltd. (Korea) and Daewoo International (America) Corp., now owned by the Doosan conglomerate. The Defendant Daewoo/Doosan shall be referred to as DHIA in this Amended Complaint.

3.    On or about October 26, 2000 the Plaintiff, Gregory Celko, was an employee of R. E. Carlson Corporation, a general contractor, and was working at a construction site in Shrewsbury, Massachusetts on Grace Avenue in the course of his employment.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY CELKO,<br>         Plaintiff<br><br>v.<br><br>DOOSAN INFRACORE<br>AMERICA CORPORATION, a<br>subsidiary of Doosan Infracore Co.,<br>Ltd. (Korea), formerly known as<br>DAEWOO HEAVY INDUSTRIES<br>AMERICA CORPORATION, a<br>Subsidiary of Daewoo Heavy<br>Industries & Machinery Ltd. (Korea),<br>         Defendant | CIVIL ACTION NO.: 04-40150-CBS |

## AMENDED COMPLAINT

1.  Plaintiff Gregory Celko is a natural person who resides in Webster, Massachusetts.

2.  Defendant Doosan Heavy Industries America Corporation, a subsidiary of Doosan Infracore Co. Ltd. (Korea) is a duly organized corporate person. Until a corporate name change in 2005, the defendant was known as Daewoo Heavy Industries America Corp., and was a subsidiary of Daewoo Heavy Industries & Machinery Ltd. (Korea) and Daewoo International (America) Corp., now owned by the Doosan conglomerate. The Defendant Daewoo/Doosan shall be referred to as DHIA in this Amended Complaint.

3.  The Plaintiff and Defendant are parties to a companion action arising from the same accident and transactions filed in this division of the U.S. District Court, District