UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY CELKO, )<br>      Plaintiff )<br>)<br>v<br>)<br>DOOSAN INFRACORE )<br>AMERICA CORPORATION, a )<br>subsidiary of Doosan Infracore Co., )<br>Ltd. (Korea), formerly known as )<br>DAEWOO HEAVY INDUSTRIES )<br>AMERICA CORPORATION, a )<br>Subsidiary of Daewoo Heavy )<br>Industries & Machinery Ltd. (Korea),)<br>      Defendant ) | CIVIL ACTION NO.: 03-40029-CBS |
| GREGORY CELKO, )<br>      Plaintiff )<br>)<br>v )<br>)<br>DOOSAN INFRACORE )<br>AMERICA CORPORATION, a )<br>subsidiary of Doosan Infracore Co., )<br>Ltd. (Korea), formerly known as )<br>DAEWOO HEAVY INDUSTRIES )<br>AMERICA CORPORATION, a )<br>Subsidiary of Daewoo Heavy )<br>Industries & Machinery Ltd. (Korea),)<br>      Defendant ) | CIVIL ACTION NO.: 04-40150-CBS |

**PLAINTIFF'S RULE 32 MOTION FOR
LEAVE TO TAKE DEPOSITION OF
PHYSICIAN FOR USE AT TRIAL
(CERTIFICATE OF COMPLIANCE)**

Plaintiff Gregory Celko hereby applies and moves, pursuant to Fed. R. Civ. P. 32(3)(E), for leave of court to depose his treating physician(s) by audio-visual means for use at trial. Plaintiff's

physicians are busy surgeons whose schedules may not enable them to appear in Court during hospital business hours and therefore they may be unavailable during trial. Therefore, in accordance with Rule 32, Celko requests that this Court find that "such exceptional circumstances exist as to make it desirable, in the interest of justice and with due regard for the importance of presenting the testimony of witnesses," to allow the Plaintiff to take the testimony of treating doctor(s). Fed. R. Civ. P. 32(3)(E). Plaintiff will notice the testimony in advance in accordance with Fed. R. Civ. P. 30(b). Each potential physician was properly disclosed in the expert disclosure

(CERTIFICATE OF COMPLIANCE)

Plaintiff hereby certifies that he complied with L.R. 7 and attempted to narrow any area of dispute, see, Ex. A, but Doosan/Daewoo will not respond to this request.

Plaintiff,
GREGORY CELKO
By his Attorneys,

Kevin G. Kenneally, BBO No. 550050
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Dated: 8/29/05
00941649.DOC

8/29/05

# EXHIBIT A

### Kevin Kenneally

**From:** Kevin Kenneally
**Sent:** Wednesday, August 24, 2005 12:27 PM
**To:** 'Flanagan, Christopher P.'
**Cc:** Farrey, Tom; Stephen Brown
**Subject:** RE: Celko

Dear Chris: I assume my motion re corporate disclosure is moot by your filing. I'll check the docket and get back to you. If it needs to be withdrawn we can work that out.

I need to amend the complaints, which I assume you'll assent to? I also want to schedule the video deposition of Greg's physician to use at trial if necessary. Let me know if you have any objection to a video deposition or if I should file a motion. Time is of the essence so if you have an objection please let me know this week so we can file next monday and get a hearing scheduled asap.

Thanks.

Kevin

Ex. A

8/29/2005