UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY CELKO,<br>                    Plaintiff,<br><br>v.<br><br>DAEWOO HEAVY INDUSTRIES AMERICAN<br>CORPORATION and NATIONS RENT, INC.<br>                    Defendants | CIVIL ACTION NO. 03-40029-CBS |
| GREGORY CELKO,<br>                    Plaintiff,<br><br>v.<br><br>DAEWOO HEAVY INDUSTRIES AMERICA<br>CORPORATION,<br>                    Defendant | CIVIL ACTION NO.: 04-40150-CBS |

## MOTION FOR ADMISSION PRO HAC VICE

Now comes the defendant, Daewoo Heavy Industries America Corporation, by its attorneys, Maynard M. Kirpalani and Christopher P. Flanagan of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and respectfully move that Philip A. Tumbarello of the Bar of the State of New York be admitted to practice for the purposes of depositions, motions and the trial of this case, before the Bar of the District Court for the District of Massachusetts, *pro hac vice*. In support of this motion, the defendant states as follows:

1.     Philip A. Tumbarello is a partner in the firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 3 Gannett Drive, White Plains, New York 10604.

2.     The defendant wishes to have Mr. Tumbarello represent its interests in the captioned lawsuit.

3.     Mr. Tumbarello has been a member in good standing of the Bar of the State of New York since 1980.

43032.2

4.    Mr. Tumbarello is also a member in good standing of the Bar of the United States District Court for the Southern, Eastern, Western and Northern Districts of New York.

5.    Mr. Tumbarello is not aware of any disciplinary actions pending against him in any jurisdiction, and is not currently disbarred or suspended in any jurisdiction.

6.    Attorneys Maynard M. Kirpalani and Christopher P. Flanagan will remain associated with the captioned lawsuit and shall sign all pleadings, and shall attend all hearings, unless excused by the Court.

7.    Attached as Exhibit 1 is Affidavit of Philip A. Tumbarello.

WHEREFORE, the defendant respectfully requests that this Honorable Court grant this motion and allow Philip A. Tumbarello to appear as attorney of record and practice before this Court for the purposes of representing the defendant's interests in the captioned suit.

Respectfully Submitted,

DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION,

By its attorneys,

_/s/ Christopher P. Flanagan_____
Maynard M. Kirpalani, BBO# 273949
Christopher P. Flanagan, BBO# 567075
WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER
155 Federal Street
Boston, MA 02110
Dated: September 2, 2005                    (617) 422-5300

43032.2