UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY CELKO,<br>　　　　Plaintiff,<br><br>v.<br><br>DAEWOO HEAVY INDUSTRIES AMERICAN CORPORATION and NATIONS RENT, INC.<br>　　　　Defendants | CIVIL ACTION NO. 03-40029-CBS |
| GREGORY CELKO,<br>　　　　Plaintiff,<br><br>v.<br><br>DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION,<br>　　　　Defendant | CIVIL ACTION NO.: 04-40150-CBS |

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Under oath, I depose and state the following:

1.　　My name is Phillip A. Tumbarello.

2.　　I am a partner in the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 3 Gannett Drive, White Plains, New York 10604.

3.　　I have been a member in good standing of the Bar of the State of New York since 1980.

4.　　I am also a member in good standing of the Bar of the United States District Court for the Southern, Eastern, Western and Northern Districts of New York.

WHEREFORE, I respectfully request that the motion of Daewoo Heavy Industries America Corporation to have me admitted *pro hac vice* for the purposes of this case be allowed.

Signed under the pains and penalties of perjury this 1st day of September 2005.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Phillip A. Tumbarello

1938020.1
43038.1