UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY CELKO,<br>       Plaintiff,<br><br>v.<br><br>DAEWOO HEAVY INDUSTRIES AMERICAN CORPORATION and NATIONS RENT, INC.<br>       Defendants | CIVIL ACTION NO. 03-40029-CBS |

**DECLARATION OF CHRISTOPHER P. FLANAGAN**

      I, Christopher P. Flanagan, an attorney duly admitted to practice before the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §1746, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

2. I am an attorney at Wilson, Elser, Moskowitz, Edelman & Dicker LLP, counsel to the defendant, Daewoo Heavy Industries America Corporation, now known as Doosan Infracore America Corporation.

3. I am fully familiar with all of the facts and issues in this litigation and make this declaration in opposition to plaintiff's motions to amend complaint.

4. Counsel for plaintiff never provided counsel for the defendant any amended complaint before filing his motions to amend complaint.

5. Counsel for plaintiff never advised counsel for the defendant that the purpose of the amendment of complaints would be to add new claims against the defendant and add new parties to this action.

6. In support of its opposition, the defendant attaches and references true and accurate copies of the following documents:

   A. Complaint, attached hereto as Exhibit 1;

   B. Complaint (Pursuant to Mass. Gen. Laws Chapter 93A), attached hereto as Exhibit 2;

   C. Scheduling Order, attached hereto as Exhibit 3;

   D. Notice of Taking Deposition, attached hereto as Exhibit 4;

   E. Plaintiff's Status Report for December 27, 2004 Status Conference, attached hereto as Exhibit 5;

   F. Amended Scheduling Order, attached hereto as Exhibit 6;

   G. Defendant Nations Rent, Inc.'s Response to Notice of Taking Deposition of Its Keeper of Records, attached hereto as Exhibit 7;

   H. Correspondence from Kevin G. Kenneally to Christopher P. Flanagan, dated June 15, 2004, attached hereto as Exhibit 8;

   I. *Evans v. Purolator Courier Corporation*, 1987 U.S. Dist. LEXIS 6235, *9 (S.D.Ga. 1987), attached hereto as Exhibit 9;

   J. Amended Corporate Disclosure Statement of Defendant, Daewoo Heavy Industries America Corporation, Pursuant to L.R. 7.3(A), attached hereto as Exhibit 10;

   K. Electronic communication from Kevin Kenneally to Christopher P. Flanagan, dated August 24, 2005, attached hereto as Exhibit 11; and

   L. *Partlow v. Frank,* 1991 U.S. Dist. LEXIS 21690 at *16 (D. N.H. 1991), attached hereto as Exhibit 12.

I hereby declare under penalty of perjury under the laws of the United States of America and pursuant to Title 28, U.S. Code, Judiciary and Judicial Procedure §1746 "Unsworn Declaration Under Penalty of Perjury" that the foregoing is true and correct.

/s/ Christopher P. Flanagan  
Christopher P. Flanagan