UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY CELKO,           )
           Plaintiff    )
                        )
vs.                      )        NO. 03 40029NMG
                        )
DAEWOO HEAVY INDUSTRIES  )
AMERICAN CORPORATION     )
AND NATIONS RENT, INC.,  )
           Defendants   )

DEFENDANT, NATIONS RENT, INC.'S RESPONSE TO NOTICE OF TAKING
DEPOSITION OF ITS KEEPER OF RECORDS

REQUEST 1.

      Any and all documents relating to the repair and/or servicing of the Daewoo
excavator in question by agents, servants or employees of Nations Rent.

RESPONSE

OBJECTION. NationsRent, Inc. objects to this request as drafted as it seeks documents
prepared in anticipation of litigation and/or preparation for trial, as well as documents
protected as attorney work product or attorney client privilege.

Without waiving this objection, Nations Rent hereby produces the following documents:

1. Statement of Arnie Buzzell
2. Service Road Call Reports and Service Invoices:
    a. Dated 10/27/00
    b. Dated 10/27/00
    c. Dated 10/23/00
    d. Dated 10/10/00
    e. Dated 10/9/00
    f. Dated 8/3/00
    g. Dated 8/1/00
    h. Dated 7/28/00
    i. Dated 6/29/00
    j. Dated 3/31/00
    k. Dated 2/2/00

-2-

3. Work Orders
    l.  Dated ?/26/00
    m.  Dated ?/?/?
    n.  Dated 6/28/00
    o.  Dated 8/1/00
    p.  Dated 10/6/00
    q.  Dated 10/23/00
    r.  Dated 10/26/00


Dated:  March 11, 2004

                Nations Rent, Inc.
                By Its Attorneys:


                _____
                THOMAS B. FARREY, III/BBO159880
                BROOKE P. SELIGER/BBO550947
                Burns & Farrey
                446 Main Street
                Worcester, MA  01608
                Tel.  508/756-6288

## CERTIFICATE OF SERVICE

    I, THOMAS B. FARREY, III AND/OR BROOKE P. SELIGER, hereby certify that I have this date hand delivered a copy of the within document to Stephen J. Brown, Esq., 250 Commercial Street, Worcester, MA, 01608 and mailed a copy, postage prepaid, to Christopher Flanagan, Esq., 155 Federal Street, Boston, MA, 02110.

DATED:       March 11, 2004      _____
                                 THOMAS B. FARREY, III
                                 BROOKE P. SELIGER

Tr14.cg

FROM : FAX NO. : 8582725557 Oct. 26 2000 02:09PM P1

TO WHOM IT MAY CONCERN,

I REPLACED BOTH FRONT AND REAR PUMP LINES ON A DAEWOO 290.5 EXCAVATOR RENTED TO RON CARLSON, I TESTED THE SYSTEM PRESSURES AND FOUND THEM TO BE NORMAL. I CALLED DAEWOO TO INQUIRE ABOUT PROBLEMS WITH THESE MODELS OF EXCAVATORS. PAT HYNES AT DAEWOO TOLD ME THAT DAEWOO HAD A BATCH OF HOSES THAT WERE IMPROPERLY CRIMPED AND INSTALLED ON CERTAIN EXCAVATORS.

ARNIE R. BUZZELL

[signature]

```
     Date                 S E R V I C E    I N V O I C E              Invoice No.

   08-03-00                                                      0101    705417-QP

                                             Bill To:     9999

     R.E. CARLSON                            RENTAL - PM SHOP
     STK # 0000014311                        SHREWSBURY MA 01545
     G/L #   15120.000
     S/N # 840


   Terms:RENTAL   Auth:                   Meter:     1145.0   Slsm:995

Make:DAEWOO      Model:S290-5       SerNo:840                    Equip:0000014311
Shipped  Backorder  Product      Description       Bin     Net Price       Amount
---------------------------------------------------------------------------------
                 SEG # 01 ROAD SERVICE WORK
                     RENTAL EQUIPMENT
                 REPLACED BLOWN LINE.FILLED WITH HYD OIL.CHECKED PUMP
                 PRESSURE.RAN AND TESTED,ALL OK.
     1         1    21841124D67 HOSE                141.90         141.90
    2.2 08-02 R/T   00004 IN HOUSE ROAD LABOR        30.00          66.00
    20         20   HUMBLE 32 OIL                     2.10          42.00
        ***SEG # 01 TOT =    141.90 P    66.00 L    42.00 M   249.90 T
```

| | |
|---|---|
| Products | 141.90 |
| Non-taxed | 66.00 |
| Misc Charges | 42.00 |

PLEASE NOTE NEW REMITTANCE ADDRESS:

LOGAN EQUIPMENT CORP
PO BOX 6102
WORCESTER, MA 01606-6102

Sales Tax

**** TERMS  - NET UPON RECEIPT ********        AMOUNT DUE ----->          249.90
                                                                    =============

Case 1:04-cv-12159-GBS    Document 209    Filed 01/25/2005    Page 5 of 32

# NationsRent

## SERVICE ROAD CALL REPORT

**CUSTOMER:** R.E. CARLSON

CHARGE ☐
NO CHARGE ☒

**P.O. #** _____

CUSTOMER ☐

**REASON FOR SERVICE:** Blown line

WARRANTY ☐

**JOB SITE:** Court at Shrews.

ESTIMATE ☐

**WO #** 705417

**C.A. #** _____

**DATE:** 8/2/00

**DESC./MFG.:** DAEWOO

**MODEL:** 2906CV

**UNIT #:** 14311

**SERIAL #:** _____

**HOURS:** T _MT.O_ N _____ OLD _____

**WAREHOUSE:** 177

| QUANTITY | DESCRIPTION | PART # | PRICE EA. | PRICE EXTENDED | | |
|----------|-------------|--------|-----------|----------------|---|---|
| 2 GAL | P32 OIL | | | ✓ | MILEAGE | 5 |
| 1 | Hose | 2184-1124067 | | ✓ | TIME OUT OF SHOP | 10:00 |
| | | | | | TIME ON JOB | 10:20 |
| | | | | | TIME OFF JOB | 12:15 |
| | | | | | TIME IN SHOP | |
| | | | | | OIL LEVELS | |
| | | | | | ENGINE | |
| | | | | | HYDRAULIC | |
| | | | | | GEAR | |
| | TOTAL PARTS & ACCESSORIES | | | | FUEL | |

**LABOR DESCRIPTION:** Replaced blown line. Filled w/ hyd oil. Checked pump pressure. All ok

**CONDITION:** GOOD

**SERVICE MAN SIGNATURE:** _____

**CUSTOMER SIGNATURE:** _____

**POSITION/TITLE:** _____

**LOGAN EQUIPMENT CORPORATION**  BY: _____

**SERVICE SUPERVISOR**

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| OUTSIDE SERVICES | |
| OIL ENGINE | |
| OIL _____ | |
| TOTAL MILEAGE | |
| TOTAL PARTS & ACCESSORIES | |
| TOTAL OTHER CHARGES | |
| TOTAL FUEL | |

| | HRS. | RATE |
|---|------|------|
| TOTAL MATERIALS | | |
| TOTAL OTHER | | |
| SUB TOTAL | | |
| TAX | | |
| TOTAL | | |

Northeast Regional Headquarters: 800 Hartford Turnpike • Shrewsbury, MA 01545
Ph: (508) 842-0097 • Fax: (508) 842-1072

```
    Date              S E R V I C E   I N V O I C E      Invoice No.

   10-23-00                                              0101   725622-QP

                                               Bill To:    9999

     R.E. CARLSON                          RENTAL - PM SHOP
     STK # 0000014311                      SHREWSBURY MA 01545-
     G/L #    15120.000
     S/N # 840
```

```
 Terms:RENTAL    Auth:                    Meter:    1326.0  Slsm:995

Make:DAEWOO      Model:S290-5      SerNo:840              Equip:0000014311
Shipped  Backorder  Product    Description    Bin    Net Price    Amount
-----------------------------------------------------------------------------
              SEG # 01 ROAD SERVICE WORK
                    RENTAL EQUIPMENT
              REPLACED BLOWN HOSE.CHECKED PUMP PRESSURES.TOPPED OFF OIL.
              RAN AND TESTED,ALL OK.
    1           1     21841124D67 HOSE              141.90       141.90
  1.7 10-23 R/T       00004 IN HOUSE ROAD LABOR      30.00        51.00
   30          30     HUMBLE 32 OIL                   2.10        63.00
      ***SEG # 01 TOT =    141.90 P     51.00 L    63.00 M   255.90 T
```

```
                                      Products          141.90
                                      Non-taxed          51.00
                                      Misc Charges        63.00

                                      Sales Tax
                                                      -------------
 **** TERMS   - NET UPON RECEIPT ********   AMOUNT DUE ----->    255.90
                                                      =============
```

Case 1:04-cv-00180-GBS    Document 209    Filed 09/06/2006    Page 7 of 32

**NationsRent** SERVICE  WO # 785622

| | |
|---|---|
| CUSTOMER: R E CARLSON | C.A. # |
| | DATE: 10/23/00 |
| CHARGE ☐ | DESC./MFG.: DAEWOO |
| NO CHARGE ☑ | MODEL: 290LC-V |
| P.O. # | CUSTOMER ☐ | UNIT #: 14311 |
| REASON FOR SERVICE: BAD HOSE | | SERIAL #: |
| | WARRANTY ☐ | HOURS: T 1326 OLD |
| JOB SITE: | ESTIMATE ☐ | WAREHOUSE: 177 |

| QUANTITY | DESCRIPTION | PART # | PRICE EA. | PRICE EXTENDED | |
|---|---|---|---|---|---|
| 1 | HOSE | 2184-N24067 | | | MILEAGE  4 |
| 3 | GAL K32 OIL | | | | TIME OUT OF SHOP 8.30 |
| | | | | | TIME ON JOB 8.45 |
| | | | | | TIME OFF JOB 10.15 |
| | | | | | TIME IN SHOP |
| | | | | | OIL LEVELS ADJ |
| | | | | | ENGINE ✓ |
| | | | | | HYDRAULIC ADJ |
| | | | | | GEAR ✓ |
| TOTAL PARTS & ACCESSORIES | | | | | FUEL ✓ |

LABOR DESCRIPTION: REPLACED BLOWN HOSE. CHECKED PUMP PRESSURES. TOPPED OFF OIL. RAN TESTS. PU (04)

MACHINE CONDITION: Good

SERVICE MAN SIGNATURE:

CUSTOMER SIGNATURE:

POSITION/TITLE:

LOGAN EQUIPMENT CORPORATION    BY:    SERVICE SUPERVISOR

| OTHER CHARGES | | AMOUNT |
|---|---|---|
| OUTSIDE SERVICES | | |
| OIL ENGINE | | |
| OIL | | |
| | | |
| TOTAL MILEAGE | HRS. | RATE | |
| TOTAL PARTS & ACCESSORIES | | |
| TOTAL OTHER CHARGES | | |
| TOTAL FUEL | | |
| | | |
| | | |
| | TOTAL MATERIALS | |
| | TOTAL OTHER | |
| | SUB TOTAL | |
| | TAX | |
| | TOTAL | |

Northeast Regional Headquarters: 800 Hartford Turnpike • Shrewsbury, MA 01545
Ph: (508) 842-0097 • Fax: (508) 842-1072

NATIONSRENT
SHREWSBURY OFFICE
PLEASE REMIT TO: PO BOX 736
CANDIA, NH 03034-0736
508-842-0097

Page:    1

| Date | S E R V I C E    I N V O I C E | Invoice No. |
|------|-------|-------|

10-27-00

0101    726892-QP

Bill To:    9999

CARLSON CORP.                          RENTAL - PM SHOP
STK # 0000014311                       SHREWSBURY MA 01545-
G/L #    15120.000
S/N # 840

Terms:RENTAL    Auth:                          Meter:    1350.6    Slsm:995

Make:DAEWOO        Model:S290-5        SerNo:840                Equip:0000014311
Shipped  Backorder  Product    Description        Bin    Net Price        Amount
-----------------------------------------------------------------------------
            SEG # 01 ROAD SERVICE WORK
                RENTAL EQUIPMENT
            TRAVEL TO JOB SITE ON 10-26-00 TO INSPECT MACHINE INVOLVED
            IN ACCIDENT. TAKE PICTURES, FILL OUT REPORT, SPOKE WITH
            DAVE BROCKWAY AND JIM MCGINLEY ON PHONE SO THEY COULD COME
            TO SITE.
  .5 10-27 R/T        00012 IN HOUSE ROAD LABOR        30.00        15.00
    ***SEG # 01 TOT =        .00 P    15.00 L        .00 M    15.00 T

                                        Products            .00
                                        Non-taxed        15.00
                                        Misc Charges        .00

                                        Sales Tax
                                        -------------
**** TERMS  - NET UPON RECEIPT ********        AMOUNT DUE ----->        15.00
                                        =============

# NationsRent.

WO # _____ 726892

C.A. # _____

CUSTOMER: Carlson Corp.

CHARGE ☐

NO CHARGE ☐

CUSTOMER ☐

WARRANTY ☐

ESTIMATE ☐

DATE: 10-26-00

DESC./MFG.: Daewoo

MODEL: S-290 LC-v

UNIT #: 14311

SERIAL #: _____

HOURS: T _____ N _____ OLD _____

WAREHOUSE: 177

P.O. # _____

REASON FOR SERVICE: accident.

JOB SITE: Grace ave Shrewsbury

| QUANTITY | DESCRIPTION | PART # | PRICE EA. | PRICE EXTENDED | |
|----------|-------------|--------|-----------|----------------|---|
| | | | | | MILEAGE |
| | | | | | TIME OUT OF SHOP  4:25 |
| | | | | | TIME ON JOB  4:30 |
| | | | | | TIME OFF JOB  4:55 |
| | | | | | TIME IN SHOP |
| | | | | | OIL LEVELS |
| | | | | | ENGINE |
| | | | | | HYDRAULIC |
| | | | | | GEAR |
| | **TOTAL PARTS & ACCESSORIES** | | | | FUEL |

LABOR DESCRIPTION: Machine was Involved In an accident, take pictures and make a report. Spoke w/ Dave Brodeur + Jim McGinley on the phone They Both came to site.

MACHINE CONDITION: Down

SERVICE MAN SIGNATURE: _____

CUSTOMER SIGNATURE: _____

POSITION/TITLE: _____

LOGAN EQUIPMENT CORPORATION  BY: _____

SERVICE SUPERVISOR

| OTHER CHARGES | | | AMOUNT |
|---------------|---|---|--------|
| OUTSIDE SERVICES | | | |
| OIL ENGINE | | | |
| OIL _____ | | | |
| TOTAL MILEAGE | HRS. | RATE | |
| TOTAL PARTS & ACCESSORIES | | | |
| TOTAL OTHER CHARGES | | | |
| TOTAL FUEL | | | |
| | | | |
| | | | |
| | | TOTAL MATERIALS | |
| | | TOTAL OTHER | |
| | | SUB TOTAL | |
| | | TAX | |
| | | TOTAL | |

```
   Date              S E R V I C E    I N V O I C E          Invoice No.

 10-10-00                                                 0101   723026-QP

                                       Bill To:    9999

  R.E. CARLSON                        RENTAL - PM SHOP
  STK # 0000014311                    SHREWSBURY MA 01545
  G/L #    15120.000
  S/N # 840


 Terms:RENTAL   Auth:                 Meter:    1296.7  Slsm:995

Make:DAEWOO      Model:S290-5      SerNo:840             Equip:0000014311
Shipped  Backorder  Product    Description     Bin    Net Price      Amount
---------------------------------------------------------------------------
            SEG # 01 ROAD SERVICE WORK
               RENTAL EQUIPMENT
            TRAVELED TO SITE.STARTER NEEDS TO BE REWORKED.BROUGHT TO
            SEXTON'S AND WILL BE READY ON MONDAY.
  3.7 10-10 R/T      00012 IN HOUSE ROAD LABOR       30.00      111.00
     ***SEG # 01 TOT =      .00 P   111.00 L     .00 M   111.00 T
```

```
                                       Products            .00
                                       Non-taxed        111.00
                                       Misc Charges        .00

                                       Sales Tax
                                                     ------------
 **** TERMS  - NET UPON RECEIPT ********    AMOUNT DUE ----->     111.00
                                                     ============
```

Case 4:04-cv-40150-CBS    Document 20-9    Filed 05/01/2006    Page 11 of 32

# NationsRent

## SERVICE ROAD CALL REPORT

**WO #** 723026

**C.A. #** _____

A.E.

**CUSTOMER:** Carlson Corp

CHARGE ☐

NO CHARGE ☒

CUSTOMER ☐

WARRANTY ☐

ESTIMATE ☐

**DATE:** ~~10-4~~ 10-6-00

**DESC./MFG.:** Deere 00

**MODEL:** S-280-5

**UNIT #:** 14211

**SERIAL #:** _____

**HOURS: T** _____ **N** _____ **OLD** _____

**WAREHOUSE:** _____

**P.O. #** _____

**REASON FOR SERVICE:** No Start

**JOB SITE:** Grau ave Shrewsbury

| QUANTITY | DESCRIPTION | PART # | PRICE EA. | PRICE EXTENDED | | |
|----------|-------------|--------|-----------|----------------|---|---|
| | | | | | MILEAGE | 6.6 |
| | | | | | TIME OUT OF SHOP | 8:20 |
| | | | | | TIME ON JOB | 8:40 |
| | | | | | TIME OFF JOB | 1:00 |
| | | | | | TIME IN SHOP | |
| | | | | | OIL LEVELS | |
| | | | | | ENGINE | |
| | | | | | HYDRAULIC | |
| | | | | | GEAR | |
| | **TOTAL PARTS & ACCESSORIES** | | | | FUEL | |

**LABOR DESCRIPTION:** Traveled to site Starter needs to be reworked Spoke w/ Greg He would like to see it done Monday, I stopped at Sextons and they will Be open

**MACHINE CONDITION:** _____

**SERVICE MAN SIGNATURE:** _J. En_

**CUSTOMER SIGNATURE:** _____

**POSITION/TITLE:** _____

**LOGAN EQUIPMENT CORPORATION**

**BY:** _____

**SERVICE SUPERVISOR**

| OTHER CHARGES | | | AMOUNT |
|---------------|---|---|--------|
| OUTSIDE SERVICES | | | |
| OIL ENGINE | | | |
| OIL _____ | | | |
| | | | |
| TOTAL MILEAGE | HRS. | RATE | |
| TOTAL PARTS & ACCESSORIES | | | |
| TOTAL OTHER CHARGES | | | |
| TOTAL FUEL | | | |
| | | | |
| | | | |
| | | TOTAL MATERIALS | |
| | | TOTAL OTHER | |
| | | SUB TOTAL | |
| | | TAX | |
| | | TOTAL | |

Northeast Regional Headquarters: 800 Hartford Turnpike • Shrewsbury, MA 01545
Ph: (508) 842-0097 • Fax: (508) 842-1072

```
    Date                    S E R V I C E    I N V O I C E          Invoice No.

  10-09-00                                                      0101   721561-QP

                                              Bill To:    9999

  R.E. CARLSON                                RENTAL - PM SHOP
  STK # 0000014311                            SHREWSBURY MA 01545
  G/L #   15120.000
  S/N # 840


 Terms:RENTAL   Auth:                    Meter:     1296.7   Slsm:995

Make:DAEWOO      Model:S290-5      SerNo:840                   Equip:0000014311
Shipped  Backorder  Product    Description      Bin    Net Price      Amount
----------------------------------------------------------------------------
            SEG # 01 ROAD SERVICE WORK
                RENTAL EQUIPMENT
            PULLED STARTER AND BROUGHT TO SEXTON'S FOR REPAIR.TRAVELED
            BACK TO SITE.INSTALLED STARTER.RAN AND TESTED,ALL OK.
   2.2 10-09 R/T      00012  IN HOUSE ROAD LABOR       30.00      66.00
        ***SEG # 01 TOT =      .00 P    66.00 L     .00 M   66.00 T
```

```
                                          Products            .00
                                          Non-taxed         66.00
                                          Misc Charges         .00

                                          Sales Tax
                                                      -------------
**** TERMS  - NET UPON RECEIPT ********   AMOUNT DUE ----->     66.00
                                                      =============
```

# NationsRent

## SERVICE ROAD CALL REPORT

WO # 721561

C.A. # _____

CUSTOMER: Carlson

CHARGE ☐
NO CHARGE ☒
CUSTOMER ☐
WARRANTY ☐
ESTIMATE ☐

P.O. # _____

REASON FOR SERVICE: No Start

JOB SITE: 107 Shrewsbury Grau Ave.

DATE: 10-9-00

DESC./MFG.: Deere

MODEL: S-290 CC-U

UNIT #: 14311

SERIAL #: _____

HOURS: T _____ N _____ OLD 1286.7

WAREHOUSE: _____

| QUANTITY | DESCRIPTION | PART # | PRICE EA. | PRICE EXTENDED | | |
|---|---|---|---|---|---|---|
| | | | | | MILEAGE | 4.3 |
| | | | | | TIME OUT OF SHOP | 7:15 |
| | | | | | TIME ON JOB | 7:20 |
| | | | | | TIME OFF JOB | 9:20 |
| | | | | | TIME IN SHOP | |
| | | | | | OIL LEVELS | |
| | | | | | ENGINE | |
| | | | | | HYDRAULIC | |
| | | | | | GEAR | |
| | TOTAL PARTS & ACCESSORIES | | | | FUEL | |

LABOR DESCRIPTION: Pulled starter and brought to Settons for repair. Traveled Back to site Installed Ren + tested

MACHINE CONDITION: Good

SERVICE MAN SIGNATURE: _____

CUSTOMER SIGNATURE: _____

POSITION/TITLE: _____

LOGAN EQUIPMENT CORPORATION    BY: _____    SERVICE SUPERVISOR

| OTHER CHARGES | | AMOUNT |
|---|---|---|
| OUTSIDE SERVICES | | |
| OIL ENGINE | | |
| OIL | | |
| TOTAL MILEAGE | HRS. | RATE |
| TOTAL PARTS & ACCESSORIES | | |
| TOTAL OTHER CHARGES | | |
| TOTAL FUEL | | |
| | | |
| | | |
| | | |
| TOTAL MATERIALS | | |
| TOTAL OTHER | | |
| SUB TOTAL | | |
| TAX | | |
| TOTAL | | |

Northeast Regional Headquarters: 800 Hartford Turnpike • Shrewsbury, MA 01545
Ph: (508) 842-0097 • Fax: (508) 842-1072

```
     Date                  S E R V I C E    I N V O I C E          Invoice No.

    07-28-00                                                  0101   704390-QP

                                                   Bill To:   9999

    R.E. CARLSON                               RENTAL - PM SHOP
    STK # 0000014311                           SHREWSBURY MA 01545
    G/L #   15120.000
    S/N # 840


   Terms:RENTAL   Auth:                      Meter:   1143.9  Slsm:995

 Make:DAEWOO      Model:S290-5     SerNo:840                    Equip:000001431
 Shipped  Backorder  Product    Description    Bin    Net Price       Amount
 -----------------------------------------------------------------------------
                    SEG # 01 ROAD SERVICE WORK
                    RENTAL EQUIPMENT
                    CHECKED OUT UNIT.PERFORMED PM ON ENGINE.RAN AND TESTED,ALL
                    OK.
      1          1      24749051 AIR FILTER-O            40.36         40.36
      1          1      24749057 AIR FILTER-I            13.71         13.71
      1          1      65125035011A FUEL FILTER          6.75          6.75
    1.0 07-28 R/T      00004 IN HOUSE ROAD LABOR         30.00         30.00
      5          5      MILEAGE                            .40          2.00
        ***SEG # 01 TOT =      60.82 P      30.00 L     2.00 M    92.82 T
```

```
                                          Products              60.82
   PLEASE NOTE NEW REMITTANCE ADDRESS:    Non-taxed             30.00
        LOGAN EQUIPMENT CORP              Misc Charges           2.00
           PO BOX 6102
     WORCESTER, MA 01606-6102             Sales Tax
                                                          ------------
 **** TERMS  - NET UPON RECEIPT ********  AMOUNT DUE ----->        92.82
                                                          ============
```

# NationsRent

## SERVICE ROAD CALL REPORT

WO # 704390

C.A. # _____

CUSTOMER: RE CARLSON

CHARGE ☐

NO CHARGE ☒

DATE: 7/28/00

DESC./MFG.: DAEWOO

P.O. # _____

MODEL: 290 LC-V

REASON FOR SERVICE: P.M.

CUSTOMER ☐

UNIT #: 14311

WARRANTY ☐

SERIAL #: _____

JOB SITE: Country wide

HOURS: T 1143.9  N _____  OLD _____

Shrewsbury

ESTIMATE ☐

WAREHOUSE: 177

| QUANTITY | DESCRIPTION | PART # | PRICE EA. | PRICE EXTENDED | | |
|---|---|---|---|---|---|---|
| 1 | 15-40 OIL | | | | MILEAGE | 5 ✓ |
| ~~1~~ | ~~OIL FILTER~~ | | | | TIME OUT OF SHOP | 11:45 |
| 1 | AIR FILTER | 24749051 | | ✓ | TIME ON JOB | 12:00 |
| 1 | AIR FILTER | 24749057 | | ✓ | TIME OFF JOB | 1:00 |
| 1 | FUEL FILTER | 65125035011AN | | | TIME IN SHOP | |
| | | | | | OIL LEVELS | |
| | | | | | ENGINE | |
| | | | | | HYDRAULIC | |
| | | | | | GEAR | |
| | TOTAL PARTS & ACCESSORIES | | | | FUEL | |

LABOR DESCRIPTION: PERFORMED P.M.
ON MACHINE. RAN TESTED
(ALL OK) CHECKED START
NEWS START
System  Solenoid

MACHINE CONDITION: GOOD

SERVICE MAN SIGNATURE: C.R. Byrd

CUSTOMER SIGNATURE: _____

POSITION/TITLE: _____

LOGAN EQUIPMENT CORPORATION

BY: _____

SERVICE SUPERVISOR

| OTHER CHARGES | | AMOUNT |
|---|---|---|
| OUTSIDE SERVICES | | |
| OIL ENGINE | | |
| OIL _____ | | |
| | | |
| TOTAL MILEAGE | HRS. | RATE |
| TOTAL PARTS & ACCESSORIES | | |
| TOTAL OTHER CHARGES | | |
| TOTAL FUEL | | |
| | | |
| | | |
| TOTAL MATERIALS | | |
| TOTAL OTHER | | |
| SUB TOTAL | | |
| TAX | | |
| TOTAL | | |

Northeast Regional Headquarters: 800 Hartford Turnpike • Shrewsbury, MA 01545
Ph: (508) 842-0097 • Fax: (508) 842-1072

Page:    1

| Date | S E R V I C E    I N V O I C E | Invoice No. |
|---|---|---|

08-01-00

0101    704951-QP

Bill To:    9999

R.E. CARLSON
STK # 0000014311
G/L #    15120.000
S/N # 840

RENTAL - PM SHOP
SHREWSBURY MA 01545

Terms:RENTAL    Auth:                    Meter:    1144.6    Slsm:995

Make:DAEWOO    Model:S290-5    SerNo:840                    Equip:0000014311

| Shipped | Backorder | Product | Description | Bin | Net Price | Amount |
|---|---|---|---|---|---|---|
| | | SEG # 01 ROAD SERVICE WORK | | | | |
| | | RENTAL EQUIPMENT | | | | |
| | | REPLACED STARTER SOLENOID ON MACHINE.RAN AND TESTED.CHECKED | | | | |
| | | RELIEF PRESSURES AND RPM'S.FOUND RPM'S TO BE LOW.ADJUSTED | | | | |
| | | RPM'S.RAN AND TESTED,ALL OK. | | | | |
| 1 | 1 | 25441009A | RELAY | | 20.43 | 20.43 |
| 2.0 08-01 R/T | | 00004 | IN HOUSE ROAD LABOR | | 30.00 | 60.00 |
| 33 | 33 | | MILEAGE | | .40 | 13.20 |
| | | ***SEG # 01 TOT =    20.43 P    60.00 L    13.20 M    93.63 T | | | | |

PLEASE NOTE NEW REMITTANCE ADDRESS:
LOGAN EQUIPMENT CORP
PO BOX 6102
WORCESTER, MA 01606-6102

**** TERMS  - NET UPON RECEIPT ********

| Products | 20.43 |
|---|---|
| Non-taxed | 60.00 |
| Misc Charges | 13.20 |
| Sales Tax | |
| AMOUNT DUE -----> | 93.63 |

# NationsRent™

**SERVICE CALL REPORT**

WO # 704951

C.A. # _____

CUSTOMER: R E CARLSON

CHARGE ☐

NO CHARGE ☒

DATE: 8/1/00

DESC./MFG.: DAEWOO

P.O. # _____

MODEL: _____

REASON FOR SERVICE: NO START / Low Power when running

CUSTOMER ☐

WARRANTY ☐

UNIT #: 14311

SERIAL #: _____

JOB SITE: County int.
Shrewsbury

ESTIMATE ☐

HOURS: T 1144.6  N ____ OLD ____

WAREHOUSE: 177

| QUANTITY | DESCRIPTION | PART # | PRICE EA. | PRICE EXTENDED | | |
|---|---|---|---|---|---|---|
| 1 | Solenoid | 2544-1009A | ✓ | | MILEAGE | 33 ✓ |
| | | | | | TIME OUT OF SHOP | 6:30 |
| | | | | | TIME ON JOB | 7:15 ✓ |
| | | | | | TIME OFF JOB | 8:30 |
| | | | | | TIME IN SHOP | |
| | | | | | OIL LEVELS | |
| | | | | | ENGINE | |
| | | | | | HYDRAULIC | |
| | | | | | GEAR | |
| | **TOTAL PARTS & ACCESSORIES** | | | | FUEL | |

**LABOR DESCRIPTION:** Replaced starter
Solenoid on machine. Ran
tested. Check check relief
pressures RPms. Found RPms
to be low. Adj RPms.
Ran tested. (All ok)

**MACHINE CONDITION:** Good

| OTHER CHARGES | AMOUNT |
|---|---|
| OUTSIDE SERVICES | |
| OIL ENGINE | |
| OIL _____ | |
| TOTAL MILEAGE | HRS. | RATE |
| TOTAL PARTS & ACCESSORIES | |
| TOTAL OTHER CHARGES | |
| TOTAL FUEL | |
| | |
| | |
| | |
| TOTAL MATERIALS | |
| TOTAL OTHER | |
| SUB TOTAL | |
| TAX | |
| TOTAL | |

**SERVICE MAN SIGNATURE:** _____

**CUSTOMER SIGNATURE:** _____

**POSITION/TITLE:** _____

**LOGAN EQUIPMENT CORPORATION**  BY: _____
**SERVICE SUPERVISOR**

Northeast Regional Headquarters: 800 Hartford Turnpike • Shrewsbury, MA 01545
Ph: (508) 842-0097 • Fax: (508) 842-1072

Page:    1

| Date | S E R V I C E    I N V O I C E | Invoice No. |
|------|---------------------------------|-------------|

06-29-00

0101    697455-QP

Bill To:    9999

RE CARLSON                                RENTAL - PM SHOP
STK # 0000014311                          SHREWSBURY MA 01545
G/L #    15120.000
S/N # 840

Terms:RENTAL    Auth:                    Meter:    1009.0    Slsm:995

Make:DAEWOO    Model:S290-5    SerNo:840                Equip:0000014311

| Shipped | Backorder | Product | Description | Bin | Net Price | Amount |
|---------|-----------|---------|-------------|-----|-----------|--------|

SEG # 01 ROAD SERVICE WORK
            RENTAL EQUIPMENT
            FOUND MACHINE STARTING.CHECKED ALL ELECTRICAL CONNECTIONS,
            ALL OK.
1.0 06-28 R/T        00016 IN HOUSE ROAD LABOR        30.00        30.00
    ***SEG # 01 TOT =        .00 P    30.00 L        .00 M    30.00 T

PLEASE NOTE NEW REMITTANCE ADDRESS:              Products            .00
        LOGAN EQUIPMENT CORP                     Non-taxed         30.00
            PO BOX 6102                          Misc Charges        .00
    WORCESTER, MA 01606-6102                     Sales Tax

**** TERMS  - NET UPON RECEIPT ********     AMOUNT DUE ----->        30.00
                                                               =============

# SERVICE ROAD CALL REPORT

## NationsRent.

**CUSTOMER:** R E Carlson

**P.O. #** _____

**REASON FOR SERVICE:** No Start

**JOB SITE:** Main Circle Shrewsbury

| | |
|---|---|
| CHARGE | ☐ |
| NO CHARGE | ☐ |
| CUSTOMER | ☐ |
| WARRANTY | ☐ |
| ESTIMATE | ☐ |

**WO #** 697455

**C.A. #** _____

**DATE:** 6-28-00

**DESC./MFG.:** Daewoo

**MODEL:** SL290LC-V

**UNIT #:** 1431l

**SERIAL #:** 0840

**HOURS: T** 1009 **N** _____ **OLD** _____

**WAREHOUSE:** 77

| QUANTITY | DESCRIPTION | PART # | PRICE EA. | PRICE EXTENDED | | |
|---|---|---|---|---|---|---|
| | | | | | MILEAGE | |
| | | | | | TIME OUT OF SHOP | 1:30 |
| | | | | | TIME ON JOB | 1:45 ✓ |
| | | | | | TIME OFF JOB | 2:30 |
| | | | | | TIME IN SHOP | |
| | | | | | OIL LEVELS | |
| | | | | | ENGINE | |
| | | | | | HYDRAULIC | |
| | | | | | GEAR | |
| | **TOTAL PARTS & ACCESSORIES** | | | | FUEL | |

**LABOR DESCRIPTION:** Found machine Starting OK check all electrical connections Run so Test OK

**MACHINE CONDITION:** OK

**SERVICE MAN SIGNATURE:**

**CUSTOMER SIGNATURE:** _____

**POSITION/TITLE:** _____

**LOGAN EQUIPMENT CORPORATION**     **BY:** _____     **SERVICE SUPERVISOR**

| OTHER CHARGES | | | AMOUNT |
|---|---|---|---|
| OUTSIDE SERVICES | | | |
| OIL ENGINE | | | |
| OIL _____ | | | |
| TOTAL MILEAGE | HRS. | RATE | |
| TOTAL PARTS & ACCESSORIES | | | |
| TOTAL OTHER CHARGES | | | |
| TOTAL FUEL | | | |
| | | TOTAL MATERIALS | |
| | | TOTAL OTHER | |
| | | SUB TOTAL | |
| | | TAX | |
| | | TOTAL | |

Northeast Regional Headquarters: 800 Hartford Turnpike • Shrewsbury, MA 01545
Ph: (508) 842-0097 • Fax: (508) 842-1072

```
     Date              S E R V I C E    I N V O I C E          Invoice No.

  02-02-00                                                  0101    423539-QP

                                                   Bill To:    9999

                                                   RENTAL - PM SHOP

     STK # 0000014311
     G/L #    15120.000
     S/N # 840


  Terms:RENTAL    Auth:                      Meter:              Slsm:995

Make:DAEWOO       Model:S290-5        SerNo:840              Equip:000001431
Shipped  Backorder  Product    Description      Bin    Net Price      Amount
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
           SEG # 01 UNIT SAFETY LIST CHECKOUT
                RENTAL EQUIPMENT
           PERFORMED CHECK OUT FOR RENTAL.SERVICED MACHINE.REPLACED
           ALL FILTERS.ADDED HYD OIL.REPLACED 1 MIRROR.DECALED MACHINE
           GREASED,ALL OK.
    1        1       29039009 MIRROR              62.52       62.52
    1        1       24749051 AIR FILTER-O        40.36       40.36
    1        1       65125035011A FUEL FILTER      6.75        6.75
    1        1       65055105016 OIL FILTER       19.07       19.07
    1        1       24719051S FILTER HYDROLIC    29.62       29.62
  9.5 02-02 R/T      00024 IN HOUSE SHOP LABOR    30.00      285.00
   26       26       15/40 OIL                      .76       19.76
    3        3       HUMBLE 32 OIL                 2.10        6.30
      ***SEG # 01 TOT =    158.32 P    285.00 L   26.06 M   469.38 T
```

PLEASE NOTE NEW REMITTANCE ADDRESS:
LOGAN EQUIPMENT CORP
PO BOX 6102
WORCESTER, MA 01606-6102

```
                                   Products          158.32
                                   Non-taxed         285.00
                                   Misc Charges       26.06

                                   Sales Tax
                                                  -------------
**** TERMS  - NET UPON RECEIPT ********    AMOUNT DUE ----->       469.38
                                                  =============
```

# SERVICE ORDER

Nations Rent

| | |
|---|---|
| To: | |
| Phone: | |
| Reason for Services: | |

| | |
|---|---|
| W/O#: 483539 | Date: 1-24-00 |
| House #: 14311 | Hrs.: 631.8 |
| Order Written By: | |
| Serial #: 840 | Work Performed By: W. Gardner |
| Type/Model: S290-5 Daewoo | Tag #: |
| Terms: | Cash / Charge |

**Description of Work**

Perform Check out Fe Rental
Service machine - Replace all Filters - Add 26 Qts oil
Add 3 gal Hyd oil #38.
Replace 1 mileage
Decal Machine Complete.
Grease machine -

**Materials**

| Qty. | Item No. | Description | Price Ea. | Price Ext. |
|---|---|---|---|---|
| 26 | | Qts 15/40 oil | ✓ | |
| 3 | | gals Hyd oil #38 | ✓ | |
| | | Total Materials | | |

**Other Charges**

| | Hours | Rate | Amount |
|---|---|---|---|
| Mechanics Labor | 9.5 | ✓ | |
| Mileage | | | |
| Parts & Accessories | | | |
| Paints & Materials | | | |
| Gas, Oil, & Grease | | | |
| Miscellaneous | | | |
| | | Total Other | |
| | | Total Materials | |
| | | Sub Total | |
| | | Tax | |
| | | Total | |

Thank You!

I HEREBY AUTHORIZE THE REPAIR WORK SET FORTH HEREON TO BE DONE ALONG WITH THE NECESSARY MATERIAL AND AGREE THAT YOU ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO VEHICLE OR EQUIPMENT IN CASE OF FIRE, THEFT, OR ANY OTHER CAUSE BEYOND YOUR CONTROL OR FOR ANY DELAYS CAUSED BY THE UNAVAILABILITY OF PARTS OR DELAYS IN PARTS SHIPMENTS BY YOUR SUPPLIER OR TRANSPORTER. I HEREBY GRANT YOU AND/OR YOUR EMPLOYEES PERMISSION TO OPERATE THE VEHICLE OR EQUIPMENT HEREIN DESCRIBED ON STREETS, HIGHWAYS, OR ELSEWHERE FOR THE PURPOSE OF TESTING AND/OR INSPECTION. AN EXPRESS MECHANICS LIEN IS HEREBY ACKNOWLEDGED ON VEHICLE OR EQUIPMENT LISTED HEREON TO SECURE THE AMOUNT OF REPAIRS HERETO.

Work Ordered by:

Signature:

Page:    1

| Date | S E R V I C E    I N V O I C E | Invoice No. |

03-31-00

0101    677397-CP

Bill To:    9999

PE CARLSON CONST.                    RENTAL - PM SHOP
ATN = 000014311
G L =    15120.000
S N = 840

Terms:RENTAL    Auth:                Meter:    871.0    Slsm:995

Make:DAEWOO    Model:S290-5    SerNo:840            Equip:0000014311

| Shipped | Backorder | Product | Description | Bin | Net Price | Amount |
|---------|-----------|---------|-------------|-----|-----------|--------|
| | | SEG # 01 ROAD SERVICE WORK | | | | |
| | | RENTAL EQUIPMENT | | | | |
| | | PERFORMED PM ON MACHINE.RAN AND TESTED,ALL OK | | | | |
| 1 | 1 | BF1212 | OIL FILTER | | 6.75 | 6.75 |
| 1 | 1 | 65055105017 | OIL FILTER | | 13.31 | 13.31 |
| 1.7 | 03-31 R/T | 00004 | IN HOUSE ROAD LABOR | | 30.00 | 51.00 |
| 6.4 | 6.4 | | MILEAGE | | .40 | 2.56 |
| 7 | 7 | | 15/40 OIL | | 3.03 | 21.21 |
| | | ***SEG # 01 TOT =    20.06 P    51.00 L    23.77 M    94.83 T | | | | |

PLEASE NOTE NEW REMITTANCE ADDRESS:
LOGAN EQUIPMENT CORP
PO BOX 6102
WORCESTER, MA 01606-6102

Products        20.06
Non-taxed      51.00
Misc Charges   23.77

Sales Tax

**** TERMS  - NET UPON RECEIPT *********          AMOUNT DUE ----->        94.83
                                                        ==============

# NationsRent

**SERVICE / SOURCE CALL REPORT**

WO # 477307

C.A. # _____

CUSTOMER: R.E. CARLSON CONST.

CHARGE ☐
NO CHARGE ☒
CUSTOMER ☐
WARRANTY ☐
ESTIMATE ☐

DATE: 3/21/00

DESC./MFG.: DAEWOO

MODEL: SOAR 290CC-V

UNIT #: 14311

SERIAL #: _____

HOURS: T 871  N _____  OLD _____

WAREHOUSE: 177

P.O. # _____

REASON FOR SERVICE: P.M.

JOB SITE: SEWALL ST. BOLSTON

| QUANTITY | DESCRIPTION | PART # | PRICE EA. | PRICE EXTENDED | |
|---|---|---|---|---|---|
| 1 | FUEL FILTER | BF 1212 | | | MILEAGE 6.4 |
| 1 | OIL FILTER | 65, 05510-5017 | | | TIME OUT OF SHOP 2:15 |
| 7 GAL 15-40 OIL | | | | | TIME ON JOB 2:30 |
| | | | | | TIME OFF JOB 3:45 |
| | | | | | TIME IN SHOP 4:00 |
| | | | | | OIL LEVELS |
| | | | | | ENGINE CHANGE |
| | | | | | HYDRAULIC |
| | | | | | GEAR |
| | | | | | FUEL |
| **TOTAL PARTS & ACCESSORIES** | | | | | |

LABOR DESCRIPTION: PERFORMED PM ON MACHINE, TESTED - ALL OK

MACHINE CONDITION: Good

SERVICE MAN SIGNATURE: _____

CUSTOMER SIGNATURE: _____

POSITION/TITLE: _____

**LOGAN EQUIPMENT CORPORATION**  BY: _____  SERVICE SUPERVISOR

| OTHER CHARGES | | | AMOUNT |
|---|---|---|---|
| OUTSIDE SERVICES | | | |
| OIL ENGINE | | | |
| OIL _____ | | | |
| TOTAL MILEAGE | HRS. | RATE | |
| TOTAL PARTS & ACCESSORIES | | | |
| TOTAL OTHER CHARGES | | | |
| TOTAL FUEL | | | |
| | | | |
| | | | |
| | TOTAL MATERIALS | | |
| | TOTAL OTHER | | |
| | SUB TOTAL | | |
| | TAX | | |
| | TOTAL | | |

Northeast Regional Headquarters: 800 Hartford Turnpike • Shrewsbury, MA 01545
Ph: (508) 842-0097 • Fax: (508) 842-1072

| Date | S E R V I C E    I N V O I C E | Invoice No. |
|------|---|---|

10-27-00

0101    726893-QP

Bill To:    9999

CARLSON CORP                          RENTAL - PM SHOP
STK # 0000014311                      SHREWSBURY MA 01545-
G/L #    15120.000
S/N # 840

Terms:RENTAL    Auth:                    Meter:    1350.6   Slsm:995

Make:DAEWOO        Model:S290-5        SerNo:840                Equip:0000014311
Shipped  Backorder  Product      Description        Bin      Net Price        Amount
-------------------------------------------------------------------------------------
            SEG # 01 ROAD SERVICE WORK
                RENTAL EQUIPMENT
            TRAVEL TO JOB SITE ON 10-27-00. REMOVE BLOWN HOSE OFF UNIT,
            PUT IT IN HURLEYS TRUNK OF HIS CAR. REPLACED WITH NEW HOSE
            OFF ANOTHER UNIT. THIS HOSE CONTROLLS THE DIPPER ARM AND
            RUNS THE BOOM.
   1.0 10-27 R/T       00012 IN HOUSE ROAD LABOR           30.00           30.00
      5          5     HUMBLE 32 OIL                         2.10           10.50
         ***SEG # 01 TOT =        .00 P      30.00 L      10.50 M      40.50 T

                                          Products              .00
                                          Non-taxed           30.00
                                          Misc Charges        10.50

                                          Sales Tax
                                                        -------------
**** TERMS  - NET UPON RECEIPT ********    AMOUNT DUE ----->         40.50
                                                        =============

# NationsRent

| | |
|---|---|
| **WO #** | 726893 |
| **C.A. #** | |
| **CUSTOMER:** Carlson | **DATE:** 10-27-00 |
| | **DESC./MFG.:** Deere |
| **P.O. #** | **MODEL:** S-290 ccw |
| **REASON FOR SERVICE:** replace Hose | **UNIT #:** 14311 |
| | **SERIAL #:** |
| **JOB SITE:** Shrewsbury | **HOURS:** T ____ N ____ OLD 1350.6 |
| | **WAREHOUSE:** 177 |

CHARGE ☐  NO CHARGE ☐  CUSTOMER ☐  WARRANTY ☐  ESTIMATE ☐

| QUANTITY | DESCRIPTION | PART # | PRICE EA. | PRICE EXTENDED | | |
|---|---|---|---|---|---|---|
| 5 ped | Number 32 | | | | MILEAGE | 4.2 |
| | | | | | TIME OUT OF SHOP | 10:10 |
| | | | | | TIME ON JOB | 10:20 |
| | | | | | TIME OFF JOB | 11:20 |
| | | | | | TIME IN SHOP | |
| | | | | | OIL LEVELS | |
| | | | | | ENGINE | |
| | | | | | HYDRAULIC | |
| | | | | | GEAR | |
| **TOTAL PARTS & ACCESSORIES** | | | | | FUEL | |

**LABOR DESCRIPTION:** took Blown hose off unit and put in it. Hurleys truck, oth he can replaced w/new hose off of another unit. This is the Hose That control the Dipper arm, it runs up the Boom.

**MACHINE CONDITION:**

**SERVICE MAN SIGNATURE:** J. Ess

**CUSTOMER SIGNATURE:**

**POSITION/TITLE:**

LOGAN EQUIPMENT CORPORATION    BY: _____ SERVICE SUPERVISOR

| OTHER CHARGES | AMOUNT |
|---|---|
| OUTSIDE SERVICES | |
| OIL ENGINE | |
| OIL ____ | |
| TOTAL MILEAGE | HRS. RATE |
| TOTAL PARTS & ACCESSORIES | |
| TOTAL OTHER CHARGES | |
| TOTAL FUEL | |
| | |
| | |
| TOTAL MATERIALS | |
| TOTAL OTHER | |
| SUB TOTAL | |
| TAX | |
| TOTAL | |

Northeast Regional Headquarters: 800 Hartford Turnpike • Shrewsbury, MA 01545
Ph: (508) 842-0097 • Fax: (508) 842-1072

1-28-00 to 11-03-00

Unit #14131

C.E. Carlson



DATE: _____                              TIME: _____

CUSTOMER: _____

CONTACT: _____        PHONE: 5_8-6_12-6149

JOB SITE: _____              MECH: _F_ _A_B_

_____                  TIME ON: _3.00

_Shrewsbury Ma._                                            TIME OFF: _Done_

MACHINE MODEL: _____

UNIT: _14311_       RENTAL: _X_  CUST: _____  WARRANTY: _____

PROBLEM: _____

DIRECTIONS: _____

_____

_____

OTHER: _____

_____

_____

**NationsRent**

E: _5 24-00_                                        TIME: _3 50_

TOMER: _R E Cusea_

TACT: _Ronnie_                              PHONE: _____

SITE: _____                              MECH _Anne_

_Jewell St_                                TIME ON: _____

_Boylsto Ma._                              TIME OFF _5 5_

HINE MODEL: _Lucuco J-290-5 Excav_                  _Done_

_14311_        RENTAL: _X_   CUST: _____   WARRANTY: _____

BLEM: _Im Service_

CTIONS: _____

ER: _____

**NationsRent**

E: 6/22/00 TIME: 10.59

TOMER: R. E. Carlson

TACT: Bill PHONE: 508-612-0146

SITE: Main Circle MECH: Eric

TIME ON:

Shrewsbury TIME OFF: 2.25 Done

HINE MODEL: Daewoo 290

14311 RENTAL: ✓ CUST: WARRANTY:

LEM: Wont start

CTIONS:

R:

NationsRent

DATE 8/1/00 TIME 8:50

CUSTOMER A.E. carlson

CONTACT PHONE: 508-612-0149

JOB SITE country way MECH Arnie

TIME ON 8/2/00

Shrewsbury TIME OFF 12:30 Done

MACHINE MODEL Daewoo Excavator

UNIT 14311 RENTAL ✓ CUST WARRANTY

PROBLEM Blown hydrolic line parts 8/1/00

DIRECTIONS

xuu Hartford turnpike
**Shrewsbury, MA 01545**

# Work Order

**Work Date:** 10/06/2000                              **Resource: 12 - JAMES EAMES**

| | |
|---|---|
| VCR WO: 536 | Work Code: RENTAL - RENTAL REPAIR |
| Account: 24603 | Category·Subcategory· NONE/MEDIUM |
| User WO: | Status· Complete |
| Contact: DEBBIE | Arrival Time· 09:30 |
| | Work Duration: 01:00 |
| SERVICE ADDRESS | Emergency Priority |
| GENERAL CONTRACTO R.E CARLSON | Service Times· 00:00-23:59 |
| GRACE AVENUE | |
| SHREWSBURY, MA 01545- | Phone· (508) 769-3454 |

1 Resource(s) Required, 0 Assigned

Assigned Resource(s):    12 - JAMES EAMES
Customer:    508-949-1897; 508-769-3454;
Work Order:    Model DAEWOO S290-5; Unit # 14311;
JUMP STARTED MACHINE-SOLENOID PROBLEM

| Work Order: SKU | Serial | Qty | Vendor | Description | Qty Ret |
|---|---|---|---|---|---|
| | | | | | |

| Customer: SKU | Serial | Qty | Installed | Notes |
|---|---|---|---|---|
| | | | | |

| Customer Notes |
|---|
| |

**Notes:**

**Work Performed By:**

**Customer Signature:**

**Amount Due: $**

Printed on Friday, October 27, 2000 at 10:15:52                              Page 1 of 1

300 Hartford Turnpike
Shrewsbury, MA 01545

# Work Order

**Work Date:** 10/23/2000                          **Resource: 4 - ARNIE BUZZELL**

| | |
|---|---|
| VCR WO: 907 | Work Code: RENTAL - RENTAL REPAIR |
| Account: 24603 | Category/Subcategory: HYD LEAK/HIGH |
| User WO: | Status: Complete |
| Contact: DEBBIE | Arrival Time: 09:10 |

SERVICE ADDRESS

Work Duration: 01:00
Normal Priority
Service Times: 00:00-23:59

GENERAL CONTRACTO R.E CARLSON
GRACE AVENUE
SHREWSBURY, MA 01545-

Phone: (508) 769-3454

1 Resource(s) Required, 0 Assigned

Assigned Resource(s):    **4 - ARNIE BUZZELL**
Customer:    508-949-1897; 508-769-3454;
Work Order:    Model DAEWOO S290; Unit # 14311;
   HYD HOSE LEAK.

| Work Order: SKU | Serial | Qty | Vendor | Description | Qty Ret |
|---|---|---|---|---|---|
| | | | | | |

| Customer: SKU | Serial | Qty | Installed | Notes |
|---|---|---|---|---|
| | | | | |

Customer Notes

**Notes:**

**Work Performed By:**

**Customer Signature:**

**Amount Due: $**