-----Original Message-----
**From:** Kevin Kenneally [mailto:kkenneally@donovanhatem.com]
**Sent:** Wednesday, August 24, 2005 12:27 PM
**To:** Flanagan, Christopher P.
**Cc:** Farrey, Tom; Stephen Brown
**Subject:** RE: Celko

Dear Chris: I assume my motion re corporate disclosure is moot by your filing. I'll check the docket and get back to you. If it needs to be withdrawn we can work that out.

I need to amend the complaints, which I assume you'll assent to? I also want to schedule the video deposition of Greg's physician to use at trial if necessary. Let me know if you have any objection to a video deposition or if I should file a motion. Time is of the essence so if you have an objection please let me know this week so we can file next monday and get a hearing scheduled asap.

Thanks.

Kevin