UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY CELKO,
    Plaintiff,

vs.

DEAWOO HEAVY INDUSTRIES
AMERICAN CORPORATION,
    Defendant,
    Cross-claim Plaintiff/Defendant,

and

NATIONS RENT, INC.,
    Cross-claim Plaintiff/Defendant,

CIVIL ACTION
NO. 03-40029-CBS
    03-40150-CBS

## JUDGMENT

SWARTWOOD, C.M.J.

X   DECISION BY THE COURT. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That all Claims, Counterclaims and Third Party Claims are dismissed in accordance with findings by the Court and pleadings filed by the parties.

SO ORDERED.

By the court,

Date: December 9, 2005

/s/Lisa B. Roland
Lisa B. Roland,
Deputy Clerk